United States Bankruptcy Court

Middle District of Florida

In re: Case No. 24-03843-LVV

Chaim Levilev  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6  User: admin  Page 1 of 2
Date Rcvd: Jul 26, 2024  Form ID: 309A  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chaim Levilev, 2 Fernmeadow Lane, Ormond Beach, FL 32174-5998 |
| 31061874 | + | Andrews Plaza, LLC, c/o Marko Cerenko, Esquire, 201 S Biscayne Blvd, Suite 2700, Miami, FL 33131-4330 |
| 31061871 | + | Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg., SC 29302-2185 |
| 31061885 | #+ | Bloodworth Law, PLLC, 801 N Magnolia Ave #216, Orlando, FL 32803-3842 |
| 31061876 | + | Capital One Attn:, Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31061889 | + | GCB Health LLC, 621 NW 53rd Street, Suite 240, Boca Raton, FL 33487-8291 |
| 31061886 | + | Harmless Products LLC, 2890 W Broward Blvd #8425, Fort Lauderdale, FL 33312-1263 |
| 31061887 | + | Nossen Levilev, 325 Farmington Drive, Plantation, FL 33317-2630 |
| 31061883 | | Peter J Snyder, 301 Crawford Blvd S 100, Boca Raton, Florida 33432-3762 |
| 31061884 | | Sidney Roberts, 280 Parrulli Drive, Ormond Beach, FL 32174 |
| 31061888 | + | Smoke-Free World Foundation, 1722 Sheridan St. #358, Hollywood, FL 33020-2275 |
| 31061882 | + | Upstart Smb/crb, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 31061880 | + | Yossi & Surie Levilev, 4896 NW 67th Ave,, Lauderhill, FL 33319-7214 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | ^ | MEBN | Jul 26 2024 21:30:44 | Gene T Chambers, Post Office Box 533987, Orlando, FL 32853-3987 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 26 2024 21:38:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31061869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 26 2024 21:46:10 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31061873 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2024 21:45:42 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 31061872 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2024 21:46:27 | Amex Correspondence, Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 31061875 | | EDI: BMW.COM | Jul 27 2024 01:23:00 | Bmw Financial Services, Attn:Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 31061878 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2024 21:45:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31061879 | + | EDI: DISCOVER | Jul 27 2024 01:23:00 | Discover Financial, Attn: Bankruptcy, Po Box3025, New Albany, OH 43054-3025 |
| 31061824 | | EDI: FLDEPREV.COM | Jul 27 2024 01:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: 309A | Total Noticed: 26 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 31061825 | EDI: IRS.COM | Jul 27 2024 01:23:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31061877 | EDI: JPMORGANCHASE | Jul 27 2024 01:23:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 31061881 | Email/Text: ml-ebn@missionlane.com | Jul 26 2024 21:37:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31061823 + | Email/Text: bankruptcy@VCTAXCOLLECTOR.ORG | Jul 26 2024 21:38:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4602 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31061870 | | American Credit Acceptance |
| 31061890 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service IRS, PO Box 802501, Cincinnati, OH 45280-2501 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2024          Signature:          /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Chaim Levilev**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–0000<br>EIN:  __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  ____<br>EIN:  __–_____ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter:   7   7/25/24 |
| Case number: | 6:24–bk–03843–LVV | Date Notice Issued:  **7/26/24** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Chaim Levilev | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2 Fernmeadow Lane<br>Ormond Beach, FL 32174 | |
| 4. | **Debtor's attorney**<br>Name and address | None | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Gene T Chambers<br>Post Office Box 533987<br>Orlando, FL 32853 | Contact phone (407) 872–7575 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                       page **1**

Debtor **Chaim Levilev**                                                                                   Case number **6:24–bk–03843–LVV**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Office Hours: 8:30 AM to 4:00 PM Monday through Friday<br><br>Contact phone: 813–301–5319 |
| | ***You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse.*** | | |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 13, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**<br>Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 705 094 3282, and passcode 9449113494, or call 321–448–1154 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***<br>*** For additional meeting information go to https://www.justice.gov/ust/moc *** | | |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** November 12, 2024 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866–222–8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        page **2**