

**FILED VIA MAIL**

**AUG 1 4 2024**

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Chaim Levilev | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number  6:24-bk-03843-LVV
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................ | $    342,500.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................ | $  1,159,800.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................ | $  1,502,300.00 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... | $  $44,227.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................ | $    30,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................ | + $  346,235.23 |
| **Your total liabilities** | $  420,462.23 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................ | $    3,500.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ................................ | $    10,120.00 |

Debtor 1    Chaim Levilev
First Name    Middle Name    Last Name

Case number (if known)  6:24-bk-03843-LVV

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 3,285.66

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 30,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 30,000.00 |

[Print]    [Save As...]    [Add Attachment]    [Reset]

**Fill in this information to identify your case and this filing:**

Debtor 1    CHAIM                    LEVILEV
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    6:24-bk-03843-LVV

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**  200 W PROSPECT RD
Street address, if available, or other description

OAKLAND PARK    FL    33309
City              State    ZIP Code

BROWARD
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  WAREHOUSE

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: 49-42-22-08-0192

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $  685,000 | $  342,500 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

50% BENEFICIAL INTEREST

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.**  400 SCOTT DRIVE
Street address, if available, or other description

ORMOND BEACH    FL    32174
City              State    ZIP Code

VOLUSIA
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $  210,000 | $  0.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

TENANCY BY THE ENTIRETIES

☐ Check if this is community property (see instructions)

Debtor 1    CHAIM            LEVILEV                    Case number (if known)    6:24-bk-03843-LVV
             First Name    Middle Name    Last Name

**What is the property?** Check all that apply.

1.3. _____
Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

_____

_____
City                State    ZIP Code

_____
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** · **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item,** such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..........................................➔    $    342,500.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

| | | **Who has an interest in the property?** Check one. | |
|---|---|---|---|

3.1.  Make:        CHEVORLE
      Model:       SUBERBA
      Year:        2021
      Approximate mileage:    65000
      Other information:
      [ FAIR CONDITION ]

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?    Current value of the portion you own?**

$    43,000.00    $    0.00

If you own or have more than one, describe here:

3.2.  Make:        _____
      Model:       _____
      Year:        _____
      Approximate mileage:    _____
      Other information:
      [                ]

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?    Current value of the portion you own?**

$_____    $_____

Debtor 1    CHAIM                    LEVILEV
           First Name    Middle Name    Last Name                        Case number (if known)    6:24-bk-03843-LVV

---

3.3.  Make: _____

     Model: _____

     Year: _____

     Approximate mileage: _____

     Other information:
     
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

3.4.  Make: _____

     Model: _____

     Year: _____

     Approximate mileage: _____

     Other information:
     
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☐ Yes

4.1.  Make: _____

     Model: _____

     Year: _____

     Other information:
     
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

If you own or have more than one, list here:

4.2.  Make: _____

     Model: _____

     Year: _____

     Other information:
     
     [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................➔  $                     0.00

---

Debtor 1     CHAIM _____ LEVILEV·
             First Name    Middle Name    Last Name

Case number (if known)  6:24-bk-03843-LVV

## Part 3:     Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.......... | 1 DINING TABLE 5 CHAIRS, 1 KITCHEN TABLE 4 CHAIRS, 1 BOOKSHEL, 1 SOFA, 3 QUEEN SIZE BEDS / MATTRESS, VARIETY BEDDING AND LINEN, 3 LAMPS, VARIETY OF TOWELS, 2 SETS OF POTS, FOR KOSHER, MEAT/DAIRY, 1 NESPRESSO COFFEE MAKER, | $ 3,000.00

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... | 1 MACBOOK LAPTOP, 1 IPHONE, 2 TV'S, 1 IPAD TABLET, 1 HEADPHONES, 1 PRINTER | $ 1,600.00

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.......... | | $ 0.00

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.......... | 2 ADULT BICYCLE, 2 TENNIS RACKET, 1 DRILL AND TOOL SET | $ 700.00

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes. Describe.......... | | $ 0.00

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.......... | 4 PANTS, 7 SHIRTS, 5 T-SHIRTS, 1 BATHING SUITE, 2 NIKE SNEAKERS, 4 BASEBALL CAPS, 1 PAIR OF ON CLOUD SNEAKERS, 2 BELTS, 2 BLACK JACKETS, 1 BORCELENO FADORA | $ 2,000.00

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☑ No
   ☐ Yes. Describe.......... | | $ 0.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.......... | | $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ☑ Yes. Give specific information. .............. | VARIETY CHILDRENS TOYS, 3 HIGHCHAIRS, 3 BABY CRIBS, 2 BABY STOLLERS, 1 PACK AND PLAY, 2 CAR SEATS, 2 TODLER SCOOTERS | $ 2,500.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................. ➔ | $ 9,800.00

| Debtor 1 | CHAIM | | LEVILEV | | Case number *(if known)* | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes........................................................................................................ Cash: .......................   $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No

☐ Yes....................                        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.................                        Institution or issuer name:

_____   $_____
_____   $_____
_____   $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| HARMLES PRODUCT LLC | 50 % | $        750,000.00 |
| _____ | ____ % | $_____ |
| _____ | ____ % | $_____ |

Debtor 1  CHAIM _____ LEVILEV _____  Case number (if known) 6:24-bk-03843-LVV
          First Name  Middle Name  Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific          Issuer name:
   information about
   them......................  _____   $_____
                               _____   $_____
                               _____   $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each             Type of account:        Institution name:
   account separately.

                             401(k) or similar plan:  _____   $_____

                             Pension plan:            _____   $_____

                             IRA:                     _____   $_____

                             Retirement account:      _____   $_____

                             Keogh:                   _____   $_____

                             Additional account:      _____   $_____

                             Additional account:      _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................                 Institution name or individual:

                             Electric:           _____   $_____

                             Gas:                _____   $_____

                             Heating oil:        _____   $_____

                             Security deposit on rental unit: _____   $_____

                             Prepaid rent:       _____   $_____

                             Telephone:          _____   $_____

                             Water:              _____   $_____

                             Rented furniture:   _____   $_____

                             Other:              _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes...........................  Issuer name and description:

                               _____   $_____
                               _____   $_____
                               _____   $_____

Debtor 1  CHAIM          LEVILEV
          First Name   Middle Name   Last Name

Case number (if known)  6:24-bk-03843-LVV

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes ............................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| | $ |
| | $ |
| | $ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them....

$ _____ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
☑ Yes. Give specific information about them.... 50% INTEREST IN - U.S. PATENT #10,548,348 / EST. VALUE OF $500,000

$ _____ 250,000.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them....

$ _____ 0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

| Federal: | $ _____ 0.00 |
| State: | $ _____ |
| Local: | $ _____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information.............

| Alimony: | $ _____ 0.00 |
| Maintenance: | $ _____ |
| Support: | $ _____ |
| Divorce settlement: | $ _____ |
| Property settlement: | $ _____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
☑ Yes. Give specific information............. UNPAID DISTRIBUTIONS & SALARIES FROM HARMLESS PRODUCTS, LLC.

$ _____ 150,000.00

---

Debtor 1   CHAIM     LEVILEV
     First Name    Middle Name      Last Name        Case number *(if known)*  6:24-bk-03843-LVV

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............
                                    $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ... FRAUDULENT TRANSFER OF REAL PROPERTY ONWED BY HARMLESS PRODUCTS LLC. (ADDRESS: 200 W. PROSPECT RD, OAKLAND PARK, FL 33309 / PARCEL ID 49-42-22-05-0162) - ON MAY. 9, 2023 WITHOUT MY KNOWLEDGE, CONSENT, OR CONSIDERATION (FORMER BUSINESS PARTNER) NOSSEN LEVILEV FILED A FRAUDULENT "QUIT CLAIM DEED" TO TRANSFER THE REAL PROPERTY FROM HARMLESS PRODUCTS LLC, OWNERSHIP TO HIS PERSONAL COMPANY (BLUE SKY INDUSTRIES LLC) IN CONSIDERATION FOR $10.00. -- THEN ON MAY 18, 2023 HE FILED A FRAUDULENT "CORRECTIVE QUIT CLAIM DEED" TO HIS OTHER COMPANY ELEVATE HEALTH, LLC IN CONSIDERATION FOR $10.00

                                 INCLUDED IN LINE 1

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..................
                                    $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information.............
                                    $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...............................................→   $   1,150,000.0

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

                         **Current value of the portion you own?**
                         Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......
                                    $   0.00

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......
                                    $   0.00

---

| Debtor 1 | CHAIM | | LEVILEV | | Case number *(if known)* | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.......  $ _____ 0.00

**41. Inventory**

☑ No

☐ Yes. Describe.......  $ _____ 0.00

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe........  Name of entity:  % of ownership:

_____  _____%  $ _____ 0.00
_____  _____%  $ _____
_____  _____%  $ _____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe........  $ _____ 0.00

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........  $ _____ 0.00
 $ _____
 $ _____
 $ _____
 $ _____
 $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ..................................................................... ➔  $ _____ 0.00

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes.....................  $ _____ 0.00

Debtor 1   CHAIM             LEVILEV
           First Name   Middle Name   Last Name

Case number (if known)   6:24-bk-03843-LVV

---

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............

$ _____ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...................

$ _____ 0.00

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...................

$ _____ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............

$ _____ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............................ →

$ _____ 0.00

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information............

$ _____ 0.00
$ _____
$ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................ →

$ _____ 0.00

---

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................ →   $ _____ 342,500.00

56. Part 2: Total vehicles, line 5   $ _____ 0.00

57. Part 3: Total personal and household items, line 15   $ _____ 9,800.00

58. Part 4: Total financial assets, line 36   $ _____ 1,150,000.00

59. Part 5: Total business-related property, line 45   $ _____ 0.00

60. Part 6: Total farm- and fishing-related property, line 52   $ _____ 0.00

61. Part 7: Total other property not listed, line 54   + $ _____ 0.00

62. Total personal property. Add lines 56 through 61. ...............   $ _____ 1,159,800.00   Copy personal property total → + $ _____ 1,159,800.0

63. Total of all property on Schedule A/B. Add line 55 + line 62..............................................   $ _____ 1,502,300.00

---

Official Form 106A/B   Schedule A/B: Property   page 10



**Re:** Chaim  Levilev                              **Case Number:** 6:24-bk-03843-LVV

# Overflow - Schedule A/B: Property

| **26:** | Patents, copyrights, trademarks, trade secrets, and other intellectual property |
|---|---|

<u>**Specific information about them...**</u>

**50% INTEREST U.S. PATENT #10,548,348**

**50% INTEREST IN TRADEMARKS:** (1) HARMLESS CIGARETTE [SN# 86820888]
(2) QUITGO [SN# 87061173]  (3) QUIT STIX [SN# 87359765]  (4) QUIT WTR [SN# 87697993]

ALL LISTED IP ASSETS ARE OFFICIALLY OWNED BY HARMLESS PRODUCTS LLC. (FORMER
BUSINESS PARTNER) NOSSEN LEVILEV, FRAUDULENTLY TRANSFERRED THEM OUT OF
HARMLESS PRODUCTS, LLC TO HIS PERSONAL COMPANY, **(SWR INTL LLC.)** WITHOUT MY
KNOWLEDGE, CONSENT, OR CONSIDERATION.

| **30:** | Other amounts someone owes you |
|---|---|

<u>**Specific information about them...**</u>

UNPAID DISTRIBUTIONS & SALARIES FROM HARMLESS PRODUCTS, LLC. IN ADDITION TO
AMOUNT LISTED ON **(PART 4: LINE 19)** OWED BY NOSSEN LEVILEV (FORMER BUSINESS
PARTNER) AND HARMLESS PRODUCTS, LLC FOR THEIR IRREVOCABLE ELECTION TO
PURCHASE MY 50% IN HARMLESS PRODUCTS, LLC

| **33:** | Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment |
|---|---|

<u>**Specific information about them...**</u>

**ON MAY 8, 2023** WITHOUT MY KNOWLEDGE, CONSENT, OR CONSIDERATION (FORMER
BUSINESS PARTNER) NOSSEN LEVILEV FILED A FRAUDULENT *"QUIT CLAIM DEED" (ATTACHED
BELOW)* AND TRANSFERED REAL PROPERTY ONWED BY HARMLESS PRODUCTS, LLC.
[ADDRESS: 200 W. PROSPECT RD, OAKLAND PARK, FL 33309 / PARCEL ID 49-42-22-08-0192]
TO HIS PERSONAL COMPANY, *(BLUE SKY INDUSTRIES, LLC)* IN CONSIDERATION FOR $10.00.

**SUBSEQUENTLY, ON MAY 18, 2023** NOSSEN LEVILEV FILED A FRAUDULENT *"CORRECTIVE QUIT
CLAIM DEED"* (ATTACHED BELOW) TO TRANSFER THE PROPERTY TO HIS OTHER PERSONAL
COMPANY *(ELEVATE HEALTH, LLC)* IN CONSIDERATION FOR $10.00.

Prepared by and return to:

Rachamin Cohen, Esq.
Cohen Legal Services, P.A.
1801 Northeast 123rd Street , Suite 314
North Miami, FL 33181
305-570-2326

_____[Space Above This Line For Recording Data]_____

# Quit Claim Deed

**This Quit Claim Deed** made this 20th day of March, 2023 between **Harmless Products, LLC**, a Florida limited liability company, whose post office address is **1722 Sheridan Street, #358, Hollywood, FL 33009**, grantor, and **Blue Sky Industries, LLC** a Wyoming limited liability company, whose post office address is **312 W. 2nd Street, #3686, Casper, WY 82601**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Broward County, Florida** to-wit:

    **The West 50 feet of Lot 9, Block 1, according to the plat thereof as recorded in Plat Book 22, page 26, Public Records of Broward County, Florida.**

    **Property Identification No.: 49-42-22-08-0192**

    **Property Address: 200 W. Prospect Street AKA 200 NW 44th Street, Oakland Park, FL 33334**

    **Subject to taxes for 2022 and subsequent year; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.**

    No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided by the Grantors/Grantees.

**To Have and to Hold**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

Signed, sealed and delivered in our presence:

Witness Name: _Suzanna Dambski_

Witness Name: _Jonathan Ixar_

_Nossen Levilev_    (Seal)

**Nossen Levilev**

**State of Florida**
**County of Broward**

The foregoing instrument was acknowledged before me this 27 day of ~~March,~~ April 2023 by Nossen Levilev, who [ ] is personally known or [X] has produced _FL drivers License_ as identification.

[Notary Seal]

Notary Public

Printed Name: _Skyler Wilkerson_

My Commission Expires: _12/7/26_

SKYLER WILKERSON
Notary Public - State of Florida
Commission # HH 339527
My Comm. Expires Dec 7, 2026
Bonded through National Notary Assn.

Instr# 118863868, Page 1 of 2, Recorded 05/18/2023 at 12:12 PM
Broward County Commission
Deed Doc Stamps: $0.70
Case 6:24-bk-03843-LVV Doc 13 Filed 08/14/24 Page 16 of 61

Prepared by and return to:

Rachamin Cohen, Esq.
Cohen Legal Services, P.A.
1801 Northeast 123rd Street , Suite 314
North Miami, FL 33181
305-570-2326

[Space Above This Line For Recording Data]

# Corrective Quit Claim Deed

**This Quit Claim Deed** made this **17** day of May, 2023 between Harmless Products, LLC, a Florida limited liability company, whose post office address is **1722 Sheridan Street, #358, Hollywood, FL 33009**, grantor, and **Elevate Health, LLC**, a Florida Limited Liability Company, whose post office address is **407 Lincoln Road, Suite 6H-PMB 1043, Miami Beach, FL 33139**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Broward County, Florida** to-wit:

The West 50 feet of Lot 9, Block 1, Prospect Gardens, according to the plat thereof as recorded in Plat Book 22, page 26, Public Records of Broward County, Florida.

Property Identification No.: 49-42-22-08-0192   Property Address: 200 W. Prospect Street AKA 200 NW 44th Street, Oakland Park, FL 33334

Subject to taxes for 2022 and subsequent year; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.  No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument.  Information herein was provided by the Grantors/Grantees.

This Corrective Quit Claim Deed is intended to correct the error in the Legal Description and in the signature line on the Quit Claim Deed dated March 20, 2023 which was filed for record on May 8, 2023, as Instrument Number 118839789, in the Public Records of Broward County, Florida.

**To Have and to Hold**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_Trevor Loomis_

Witness Name: _Trevor Loomis_

Witness Name: _Suzanna Dambski_

Harmless Products, LLC,
a Florida Limited Liability Company

_Nossen Levilev_
**Nossen Levilev**, Managing Director

**State of Florida**
**County of Broward**

The foregoing instrument was acknowledged before me this _17_ day of May, 2023 by Nossen Levilev, who [_] is personally known or [X] has produced _FL DL_ _____ as identification.

[Notary Seal]

Notary Public

GREGORY IYAR
Commission # HH 286982
Expires August 5, 2026

Printed Name: _Gregory Iyar_

My Commission Expires: _Aug. 05, 2026_

_Quit Claim Deed - Page 2_



Nossen Levilev
Harmless Products, LLC

Dear Mr. Levilev

    As requested, we have prepared a valuation of the Fair Market Value of a 100% interest in Harmless Products, LLC as of June 30, 2021 on a control, non-marketable basis regarding planning.

    Based on the information collected and analyzed, as presented in the Valuation Report that follows, it is our opinion that the Fair Market Value of a 100% interest in Harmless Products, LLC as of June 30, 2021 on a control, non-marketable basis is in the amount of:

## ONE MILLION FOUR HUNDRED NINETY-FIVE THOUSAND ONE HUNDRED DOLLARS
## $ 1,495,100

    The Valuation Report is subject to the attached Statement of Procedural Policies.  The Report is also subject to the attached Assumptions and Limiting Conditions and Extraordinary Assumptions.  Also attached is the resume of the undersigned who provided the valuation services in this engagement.

Sincerely,

*Christina Yaccarino*

Christina Yaccarino, CPA/ABV, CFF, ASA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | CHAIM<br>First Name | Middle Name | LEVILEV<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known)    6:24-bk-03843-LVV

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: AUTOMOBILE, FAIR CONDITION<br>Line from *Schedule A/B*: 3.1 | $ 0.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (1) |
| Brief description: 1 DINING TABLE 5 CHAIRS, 1 KITCHEN TABLE 4 CHAIRS, 1 BOOKSHEL, 1 SOFA, 3 QUEEN SIZE BEDS / MATTRESS, VARIETY BEDDING AND LINEN, 3 LAMPS, VARIETY OF TOWELS, 2 SETS OF POTS, FOR KOSHER, MEAT/DAIRY, 1 NESPRESSO COFFEE MAKER,<br>Line from *Schedule A/B*: 6 | $ 3,000.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | (TBE) PER FL COMMON LAW |
| Brief description: 2 ADULT BICYCLE, 2 TENNIS RACKET,<br>Line from *Schedule A/B*: 9 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | (TBE) PER FL COMMON LAW |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor 1   CHAIM _____ LEVILEV _____        Case number (if known) 6:24-bk-03843-LVV
           First Name   Middle Name   Last Name

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: VARIETY CHILDRENS TOYS, 3 HIGHCHAIRS, 3 BABY CRIBS, 2 BABY STOLLERS, 1 PACK AND PLAY, 2 CAR SEATS, 2 TODLER SCOOTERS<br>Line from *Schedule A/B*: 14 | $ 2,500.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | (TBE) PER FL COMMON LAW |
| Brief description: 1 MACKBOOK<br>Line from *Schedule A/B*: 7 | $ 800.00 | ☑ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (4) |
| Brief description: 1 PHONE 13<br>Line from *Schedule A/B*: 7 | $ 250.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (4) |
| Brief description: 1 IPAD MINI<br>Line from *Schedule A/B*: 7 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (4) |
| Brief description: 2 TV'S<br>Line from *Schedule A/B*: 7 | $ 450.00 | ☑ $ 450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | (TBE) PER FL COMMON LAW |
| Brief description: 400 SCOTT DRIVE, (OWNED AS TENANCY BY THE ENTIRETY)<br>Line from *Schedule A/B*: 1.2 | $ 0.00 | ☑ $ 210,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | (TBE) PER FL COMMON LAW |
| Brief description: 1 DRILL AND TOOL SET<br>Line from *Schedule A/B*: 9 | $ 100.00 | ☐ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (4) |
| Brief description: 4 PANTS, 7 SHIRTS, 5 T-SHIRTS, 1 BATHING SUITE, 2 NIKE SNEAKERS, 4 BASEBALL CAPS, 1 PAIR OF ON CLOUD SNEAKERS, 2 BELTS, 2 BLACK JACKETS, 1 BORCELENO FADORA<br>Line from *Schedule A/B*: 11 | $ 2,000.00 | ☐ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (4) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Print    Save As...    Add Attachment    Reset



**Re:** Chaim  Levilev               **Case Number**: 6:24-bk-03843-LVV

# Overflow - Schedule C:
## The Property You Claim as Exempt

**Brief description:**

400 SCOTT DRIVE, (OWNED AS TENANCY BY THE ENTIRETY)
**Line: 1.2  from Schedule A/B:**

**Specific laws that allow exemption:**

References:
- Florida Constitution Article X, Section 4
- Florida Statutes Section 222.21(2)(b)
- Beal Bank, SSB v. Almand and Associates, 780 So. 2d 45 (Fla. 1)

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | CHAIM | LEVILEV | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number    6:24-bk-03843-LVV
(if known)

☑ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

**2.1**

AMERICAN CREDIT ACCEPTANCE

Creditor's Name

961 E MAIN STREET

Number    Street

SPARTANBURG    SC    29302

City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    11/1/2023

Describe the property that secures the claim:    $ 44,227.00    $ 43,000.00    $ 1,227.00

AUTOMOBILE SUBURBAN CHEVROLET

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    1  7  1  4

**2.2**

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:    $ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 44,227.00

**Re:** Chaim  Levilev                    **Case Number**:  6:24-bk-03843-LVV

# Overflow - Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

**The Initial Short Filling of [Official Form 106D] had missing/incorrect information.**
## Amended Filing Details and Corrections

- **Part 1:** *CORRECTED*
  **Updated Section 2.1**
  I corrected the creditor's address since I received a notice dated July 28, 2024,
  stating that USPS had determined that the creditor's address was undeliverable.

  I've been able to locate the correct Address Reported by the Credit Bureau and
  updated the information.

  Other Details:
  Role type/cr id: 31061870

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | CHAIM    LEVILEV | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name        Middle Name        Last Name | |

United States Bankruptcy Court for the:  Middle District of Florida

Case number   6:24-bk-03843-LVV
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **IRS**
Priority Creditor's Name
PO BOX 802501
Number        Street

CINCINNATI        OH   45280
City                State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9 _1_ _1_ _0_    $___30,000  $ 30,000  $____0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**2.2** | 
Priority Creditor's Name

Number        Street

City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __    $_____  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

Debtor 1    CHAIM          LEVILEV
            First Name   Middle Name   Last Name

Case number (if known)   6:24-bk-03843-LVV

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

|  |  | Total claim |
|---|---|---|

**4.1   VALUATION LITIGATION SERVICES LLC**
Nonpriority Creditor's Name

924 N MAGNOLIA AVE #118
Number    Street

ORLANDO                FL        32803
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  0  6  0

When was the debt incurred?   6/30/22

$   3,439.49

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  OVERCHARGED FEES

---

**4.2   AMEX**
Nonpriority Creditor's Name

PO BOX 981537
Number    Street

EL PASO                TX        79998
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  7  9  3

When was the debt incurred?   2023

$   6,673.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**4.3   AFFIRM INC**
Nonpriority Creditor's Name

650 California St Fl 12
Number    Street

SAN FRANCISCO          CA        94108
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  X  1  V  Y

When was the debt incurred?   5/3/2024

$   3,239.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

Debtor 1  CHAIM          LEVILEV
         First Name    Middle Name    Last Name

Case number (if known)  6:24-bk-03843-LVV

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

### 4.4

**BLOODWORTH LAW, PLLC**
Nonpriority Creditor's Name

**801 N MAGNOLIA AVE #216**
Number     Street

**ORLANDO**            **FL**    **32803**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  6  9  8  5          $ 70,721.8

**When was the debt incurred?**    10/7/22

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  OVERCHARGED LEGAL FEE

---

### 4.5

**ANDREWS PLAZA, LLC**
Nonpriority Creditor's Name

**201 S BISCAYNE BLVD, SUITE 2700**
Number     Street

**MIAMI**              **FL**    **33131**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8  3  7  1          $ 52,781,40

**When was the debt incurred?**    1/19/2023

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

THE LANDLORD AGREED IN WRITING TO ACCEPT $6,390.00 IN 4 PAYMENTS. BUT HIS ATTORNEY IGNORED IT AND PROCEEDED TO UNLAWFULLY OBTAIN A JUDGMENT WITHOUT MY KNOWLEDGE AND IMPROPER SERVICE.

---

### 4.6

**BMW FINANCIAL SERVICES**
Nonpriority Creditor's Name

**PO BOX 3608**
Number     Street

**DUBLIN**             **OH**    **43016**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  0  8  0          $ 14,267.0

**When was the debt incurred?**    6/1/22

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  AUTOMOBILE

---

Debtor 1   CHAIM _____ LEVILEV _____
           First Name   Middle Name   Last Name

Case number (if known)   6:24-bk-03843-LVV

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.7**

NOSSEN LEVILEV
_____
Nonpriority Creditor's Name

325 FARMINGTON DRIVE
_____
Number        Street

PLANTATION                FL        33317
_____
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  6 __ 0 __ 8 __ 5      $ UNKNOWN

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

OWNERSHIP LITIGATION REGARDING HARMLESS PRODUCTS, LLC, FALSELY ALLEGING UNSPECIFIED AMOUNT OWED.

---

**4.8**

SMOKE-FREE WORLD FOUNDATION
_____
Nonpriority Creditor's Name

1722 SHERIDAN ST. #358,
_____
Number        Street

HOLLYWOOD                 FL        33432
_____
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  6 __ 0 __ 8 __ 5      $ UNKNOWN

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_____

LITIGATION ALLEGING UNSPECIFIED AMOUNT.

---

**4.9**

HARMLESS PRODUCTS LLC
_____
Nonpriority Creditor's Name

2890 W BROWARD BLVD #B425,
_____
Number        Street

FORT LAUDERDALE           FL        33312
_____
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  6 __ 0 __ 8 __ 5      $ UNKNOWN

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_____

OWNERSHIP LITIGATION REGARDING HARMLESS PRODUCTS, LLC, FALSELY ALLEGING UNSPECIFIED AMOUNT OWED.

---

Debtor 1   CHAIM          LEVILEV
           First Name    Middle Name    Last Name

Case number (if known)   6:24-bk-03843-LVV

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**5.0**

| | |
|---|---|
| **MISSION LANE LLC** | Last 4 digits of account number  5 _ 3 _ 0 _ 5      $ 3,645.00 |
| Nonpriority Creditor's Name | |
| P.O. BOX 105286, | When was the debt incurred?  7/1/2019 |
| Number        Street | |
| ATLANTA                GA        30348 | As of the date you file, the claim is: Check all that apply. |
| City                   State      ZIP Code | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**5.1**

| | |
|---|---|
| **DISCOVER FINANCIAL** | Last 4 digits of account number  8 _ 4 _ 8 _ 4      $ 3,036.00 |
| Nonpriority Creditor's Name | |
| PO BOX 3025, | When was the debt incurred?  11/1/20 |
| Number        Street | |
| NEW ALBANY             OH        43054 | As of the date you file, the claim is: Check all that apply. |
| City                   State      ZIP Code | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**5.2**

| | |
|---|---|
| **CHASE CARD SERVICES** | Last 4 digits of account number  0 _ 0 _ 4 _ 8      $ 14,284.00 |
| Nonpriority Creditor's Name | |
| P.O. 15298 | When was the debt incurred?  4/1/21 |
| Number        Street | |
| WILMINGTON             DE        19850 | As of the date you file, the claim is: Check all that apply. |
| City                   State      ZIP Code | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

Debtor 1   CHAIM          LEVILEV
           First Name   Middle Name   Last Name                    Case number *(if known)*   6:24-bk-03843-LVV

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

---

**5.3**

**CREDIT ONE BANK**
Nonpriority Creditor's Name

**6801 CIMARRON RD**
Number     Street

**LAS VEGAS,**          **NV**     **89113**
City                   State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  5 _ 9 _ 9 _ 6 _           $ 1,802.00

When was the debt incurred?  7/1/22

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CREDIT CARD

---

**5.4**

**SID ROBERTS**
Nonpriority Creditor's Name

**2 PRRAULI DRIVE**
Number     Street

**ORMOND BEACH**          **FL**     **32174**
City                      State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  9 _ 1 _ 1 _ 0 _           $ 100,000

When was the debt incurred?  2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   PERSONAL LOAN

---

**5.5**

**YOSSI & SURIE LEVILEV**
Nonpriority Creditor's Name

**4896 NW 67TH AVE**
Number     Street

**LAUDERHILL**          **FL**     **33319**
City                   State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  9 _ 1 _ 1 _ 0 _           $ 13,124.3

When was the debt incurred?  2023

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_____

DISPUTE REG, ALLEGED AMOUNT OWED BY ME FOR A CREDIT
CARD WHICH WAS USED BY HARMLESS PRODUCTS LLC

---

Debtor 1    **CHAIM**      **LEVILEV**

First Name    Middle Name    Last Name

Case number *(if known)*   **6:24-bk-03843-LVV**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                               **Total claim**

**5.6**   **HALIFAX HEALTH CARE SYSTEMS INC**

Nonpriority Creditor's Name

PO BOX 14099

Number    Street

BELFAST      ME     04915

City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number   6   4   6   2

When was the debt incurred?   1/21/2024

$      1,888.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   HEALTH & MEDICAL DEBTS

---

**5.7**   **U.S. ANESTHESIA PARTNERS**

Nonpriority Creditor's Name

PO BOX 8757

Number    Street

CORAL SPRINGS     FL     33075

City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number   2   4   8   7

When was the debt incurred?   1/28/2024

$      574.72

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   HEALTH & MEDICAL DEBTS

---

**5.8**   **ALLIANCEONE DEBT COLLECTOR**

Nonpriority Creditor's Name

3043 WALTON ROAD

Number    Street

PLYMOUTH MEETING     PA     19462

City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number   9   3   1   9

When was the debt incurred?   2/4/2024

$      48.78

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   HEALTH & MEDICAL DEBTS

---

Debtor 1    CHAIM _____ LEVILEV _____
    First Name     Middle Name     Last Name

Case number *(if known)* __6:24-bk-03843-LVV__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**5.9**

PETER J. SNYDER PA
_____
Nonpriority Creditor's Name

301 CRAWFORD BLVD., SUITE 100
_____
Number    Street

BOCA RATON       FL    33432
_____
City          State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  9 _ 1 _ 1 _ 0

$ 60,000.00

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  LEGAL FEES

---

**6.0**

UPSTART SMB/CRB:
_____
Nonpriority Creditor's Name

P.O. BOX 1503
_____
Number    Street

SAN CARLOS      CA    94070
_____
City          State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  2 _ 9 _ 4 _ 6

$ 49,492.00

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  BUSINESS LOAN

---

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City          State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

$ _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

Debtor 1  CHAIM LEVILEV
          First Name    Middle Name    Last Name

Case number (if known)  6:24-bk-03843-LVV

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| MARKO F. CERENKO | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| 201 S BISCAYNE BLVD | Line _4.5_ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| SUITE 2700 | |
| MIAMI          FL    33131 | Last 4 digits of account number _8_ _3_ _7_ _1_ |
| City           State    ZIP Code | |

| | |
|---|---|
| DAVID BERENTHAL | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| 45 EAST 72ND STREET | Line _4.7-4.9_ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| SUITE 5C | Claims |
| NEW YORK          NY    10021 | Last 4 digits of account number _6_ _0_ _8_ _5_ |
| City           State    ZIP Code | |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City           State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City           State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City           State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City           State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City           State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1    CHAIM _____ LEVILEV _____
      First Name    Middle Name    Last Name

Case number *(if known)*    6:24-bk-03843-LVV

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 30,000.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 30,000.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 346,235.23 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 346,235.23 |

   

**Re:** Chaim  Levilev          **Case Number**: 6:24-bk-03843-LVV

# Overflow - Schedule E/F:
## Creditors Who Have Unsecured Claims

# Part 2:

| 4.5 | ANDREWS PLAZA, LLC |
|-----|--------------------|

**Other Specific information...**

IN 2022, WHEN I BEGAN FACING SEVERE FINANCIAL DIFFICULTIES IT CAME TO THE POINT
THAT I COULDN'T AFFORD TO PAY RENT. MAINLY BECAUSE I STILL WASN'T PAID FOR MY
50% SHARE IN HARMLESS PRODUCTS, LLC, HAD NO INCOME, AND WAS FORCED TO
SPEND ALL MY MONEY ON LEGAL FEES DUE TO ONGOING LITIGATION WITH HARMLESS
PRODUCTS, LLC, AND (FORMER BUSINESS PARTNER) NOSSEN LEVILEV FOR THE
ONGOING LITIGATION WHICH WAS SUPPOSED TO BE RESOLVED IN 2021-22 AFTER THEY
FILED AN IRREVOCABLE ELECTION TO PURCHASE MY 50% SHARE.

I EXPLAINED MY SITUATION TO THE LANDLORD, WHO SHOWED UNDERSTANDING AND
AGREED TO ACCEPT A FINAL PAYMENT OF $6,390.00, TO BE PAID IN FOUR INSTALLMENTS.
HE SAID HIS ATTORNEY WOULD PREPARE AN AGREEMENT DOCUMENT WITHIN A FEW
DAYS. AND DESPITE FOLLOWING UP SEVERAL TIMES, I RECEIVED NO RESPONSE.

OVER THE NEXT FEW MONTHS, I FACED MORE FINANCIAL CHALLENGES AND HAD TO
MOVE FROM BOCA RATON DUE TO UNAFFORDABLE LIVING COSTS AND TO GET HELP
FROM FAMILY.

THEN EIGHT MONTHS LATER, WITHOUT MY KNOWLEDGE, THE LANDLORD'S ATTORNEY
IGNORED OUR AGREEMENT AND UNLAWFULLY OBTAINED A JUDGMENT AGAINST ME. I
WAS NOT INFORMED ABOUT ANY CASE HEARINGS OR HIS DECISION TO LITIGATE UNTIL
JANUARY 2024 WHEN I RECEIVED A NOTICE FROM CHASE THAT MY ACCOUNT HAD BEEN
GARNISHED.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | CHAIM                    LEVILEV |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: Middle District of Florida | |
| Case number (if known) | 6:24-bk-03843-LVV |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | SEASONAL ONLINE SALES | **NON-FILING SPOUSE** HOMEMAKER |
| **Employer's name** | PARTIALLY SELF-EMPLOYED | HOMEMAKER |
| **Employer's address** | 2 FERNMEADOW LN | 2 FERNMEADOW LN |
| | Number   Street | Number   Street |
| | ORMOND BEACH, FL 32174 | ORMOND BEACH, FL 32174 |
| | City        State    ZIP Code | City        State    ZIP Code |
| **How long employed there?** | 2 YEARS | 3 YEARS |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

| Debtor 1 | CHAIM | | LEVILEV | | Case number (if known) | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here............................................................ ➔ | 4. | | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: CONTRIBUTIONS FLUCTUATE BY MONTH. THIS IS THE EST. AMOUNT FROM FAMILY AND FRIENDS TO HELP PAY LIVING EXPENSES. | 8h. | + $ 3,500.00 | + $ 0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 3,500.00 | $ 0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,500.00 + | $ 0.00 = $ 3,500.00 |

**11. State all other regular contributions to the expenses that you list in _Schedule J_.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.

Specify: _____    11. + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the _Summary of Your Assets and Liabilities and Certain Statistical Information,_ if it applies    12. $ 3,500.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Print | Save As... | Add Attachment | Reset |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | CHAIM _____ LEVILEV |
| | First Name      Middle Name      Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: Middle District of Florida |
| Case number (if known) | 6:24-bk-03843-LVV |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and Debtor 2.      ☑ Yes. Fill out this information for each dependent...................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| CHILD | 9 MONTHS | ☐ No  ☑ Yes |
| CHILD | 2 | ☐ No  ☑ Yes |
| CHILD | 3 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3,500.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1   CHAIM          LEVILEV                    Case number *(if known)*   6:24-bk-03843-LVV
           First Name   Middle Name   Last Name

| | | Your expenses |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans    5. | $ 0.00 |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas    6a. | $ 500.00 |
| | 6b.   Water, sewer, garbage collection    6b. | $ 110.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services    6c. | $ |
| | 6d.   Other. Specify: _____    6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies**    7. | $ 700.00 |
| 8. | **Childcare and children's education costs**    8. | $ 1,900.00 |
| 9. | **Clothing, laundry, and dry cleaning**    9. | $ 80.00 |
| 10. | **Personal care products and services**    10. | $ 40.00 |
| 11. | **Medical and dental expenses**    11. | $ 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $ 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $ 20.00 |
| 14. | **Charitable contributions and religious donations**    14. | $ 180.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance    15a. | $ 0.00 |
| | 15b.  Health insurance    15b. | $ 500.00 |
| | 15c.  Vehicle insurance    15c. | $ 600.00 |
| | 15d.  Other insurance. Specify:_____    15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    17a. | $ 1,150.00 |
| | 17b.  Car payments for Vehicle 2    17b. | $ 0.00 |
| | 17c.  Other. Specify:_____    17c. | $ 0.00 |
| | 17d.  Other. Specify:_____    17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____    19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.  Mortgages on other property    20a. | $ 0.00 |
| | 20b.  Real estate taxes    20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance    20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses    20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues    20e. | $ 0.00 |

Debtor 1   CHAIM _____ LEVILEV _____          Case number (if known) 6:24-bk-03843-LVV _____
           First Name    Middle Name    Last Name

21. **Other.** Specify: _____          21.   +$ _____ 0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a.   $ _____ 10,120.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.   $ _____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.   $ _____ 10,120.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*          23a.   $ _____ 3,500.00

    23b. Copy your monthly expenses from line 22c above.          23b.   −$ _____ 10,120.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*          23c.   $ _____ - 6,620.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:

[ Print ]   [ Save As... ]   [ Add Attachment ]                    [ Reset ]

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Chaim | | Levilev | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Middle District of Florida

Case number  6:24-bk-03843-LVV
(If known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

☒ _____       ☒ _____

Signature of Debtor 1                                   Signature of Debtor 2

Date  8/8 24                                              Date _____
     MM / DD / YYYY                                        MM / DD / YYYY

   

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Chaim _____ Levilev _____ |
| | First Name        Middle Name        Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | 6:24-bk-03843-LVV |

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 314 E BOCA RATON RD | From 2020 | | From _____ |
| Number     Street | To 2022 | Number   Street | To _____ |
| BOCA RATON      FL    33432 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 191 NW EMERSON PLACE | From 2022 | | From _____ |
| Number     Street | To 2023 | Number   Street | To _____ |
| BOCA RATON      FL    33432 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

| Debtor 1 | Chaim | | Levilev | | Case number (if known) | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SOLD PRODUCTS ONLINE AND BORROWED MONEY | $ 23,614.00 | | $ _____ |
| | | $ _____ | | $ _____ |
| | | $ _____ | | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023)<br>YYYY | BORROWED MONEY | $ 50,000.00 | | $ _____ |
| | | $ _____ | | $ _____ |
| | | $ _____ | | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022)<br>YYYY | PARTIAL / PASSIVE DISTRIBUTIONS FROM HARMLESS PRODUCTS, LLC | $ 90,000.00 | | $ _____ |
| | | $ _____ | | $ _____ |
| | | $ _____ | | $ _____ |

| Debtor 1 | Chaim | | Levilev | | Case number (if known) 6:24-bk-03843-LVV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City         State       ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City         State       ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City         State       ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | Chaim | Levilev | | Case number (if known) | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City                          State        ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City                          State        ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City                          State        ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City                          State        ZIP Code | | | | |

Debtor 1  **Chaim** _____ **Levilev** _____  Case number *(if known)* **6:24-bk-03843-LVV**
First Name    Middle Name    Last Name

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  CHAIM LEVILEV, ET AL PLAINTIFF<br>VS. NOSSEN LEVILEV, ET AL DEFENDANT<br><br>Case number  **CACE21016085** | CONTRACT AND INDEBTEDNESS | CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA<br>Court Name<br>**201 SE 6th Street**<br>Number   Street<br>**Fort Lauderdale    FL    33301**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  ANDREWS PLAZA LLC PLAINTIFF<br>VS. CHAIM LEVILEV ET AL DEFENDANT<br>AND GCB HEALTH LLC,<br><br>Case number  **CACE23018371** | REMOVAL OF TENANT NON-RESIDENTIAL FOR UNABLE TO PAY RENT | CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA<br>Court Name<br>**201 SE 6th Street**<br>Number   Street<br>**Fort Lauderdale    FL    33301**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **ANDREWS PLAZA, LLC**<br>Creditor's Name<br><br>**201 SOUTH BISCAYNE BLVD**<br>Number   Street<br><br>**STE 2700**<br><br>**MIAMI          FL    33131**<br>City          State   ZIP Code | CHASE BANK ACCOUNT<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | 01/31/2024 | $  -52,781.40 |
| **BMW FINANCIAL SERVICES**<br>Creditor's Name<br>**PO BOX 3608**<br>Number   Street<br><br>**DUBLIN          OH    43016**<br>City          State   ZIP Code | VEHICLE<br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | 10/19/2023 | $  63,768.00 |

| Debtor 1 | Chaim | Levilev | Case number *(if known)* | 6:24-bk-03843-LVV |
|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name _____ | | | $ _____ |
| Number    Street _____ | | | |
| _____ | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift _____ | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| Number    Street _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift _____ | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| Number    Street _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Chaim                    Levilev                         Case number (if known)  6:24-bk-03843-LVV
            First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| CHABAD<br>Charity's Name | CASH TITHING FOR MY SYNAGOGUE | _____ | $        5,000 |
|  |  | _____ | $_____ |
| Number    Street |  |  |  |
| City    State    ZIP Code |  |  |  |

---

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  | _____ | $_____ |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| BRANSON LAW<br>Person Who Was Paid<br><br>1501 EAST CONCORD ST<br>Number    Street<br><br>ORLANDO    FL    32803<br>City    State    ZIP Code<br>www.bransonlaw.com<br>Email or website address<br><br>Person Who Made the Payment, if Not You | BRANSON LAW FIRM INITIALLY AGREED TO PROVIDE LEGAL ADVICE TO HELP PREPARE AND FILE MY BANKRUPTCY PETITION AND ACCEPT A SMALLER RETAINER FEE OF $1000 BECAUSE OF MY FINANCIAL HARDSHIP. IN ADDITION TO CHARGING ME THE $338 FILLING FEE.<br><br>BUT ONLY AFTER I SENT THE INITIAL PAYMENTS DID THE ATTORNEY REFUSE TO WORK ON MY CASE OR FILE UNLESS I PAID AN ADDITIONAL $5,000+ WHICH WAS NOT WHAT WE INITIALLY AGREED. SINCE I DID NOT HAVE THE MONEY AND WAS UNABLE TO PAY THE ADDITIONAL $5,000, I ASKED THEM TO REFUND THE $1,000 AND $338 AND THEY NEVER RESPONDED SO BANK OF AMERICA DISPUTED THE CHARGES AND REFUNDED MY ACCOUNT ON 7/15/2024.<br><br>BRANSON LAW IS NOT ASSISTING ME OR FILLING FOR ME. | 6/17/2024<br><br>6/19/2024 | $        338.00<br><br>$      1,000.00 |

Debtor 1    **Chaim**                    **Levilev**                                    Case number *(if known)*    6:24-bk-03843-LVV
First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City    State    ZIP Code | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

| Debtor 1 | Chaim | Levilev | | Case number (if known) | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number  Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | _____ | $_____ |
| Name of Financial Institution _____ <br> Number  Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br> Number  Street _____ <br> _____ <br> City    State    ZIP Code | Name _____ <br> Number  Street _____ <br> City    State    ZIP Code | | ☐ No <br> ☐ Yes |

| Debtor 1 | Chaim | Levilev | Case number *(if known)* | 6:24-bk-03843-LVV |
|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | |

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number    Street | Number    Street | | |
| City              State        ZIP Code | City State  ZIP Code | | |

---

### Part 9:    Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $ |
| Owner's Name | | | |
| Number    Street | Number    Street | | |
| City              State        ZIP Code | City              State        ZIP Code | | |

---

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City              State        ZIP Code | City              State    ZIP Code | | |

Debtor 1  Chaim _____ Levilev _____    Case number *(if known)* 6:24-bk-03843-LVV
          First Name   Middle Name   Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| _____ | Number   Street | | ☐ On appeal |
| Case number | City          State   ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| HARMLESS PRODUCTS LLC<br>Business Name | HEALTH & WELLNESS PRODUCTS | EIN: 8 1 0 9 8 8 4 2 0 |
| 2890 WEST BROWARD BOULEVARD<br>Number   Street | | |
| #B425 | Name of accountant or bookkeeper | Dates business existed |
| FORT LAUDERDALE   FL   33312<br>City          State   ZIP Code | KATZ & ASSOCIATES, P.A | From 2016   To CURRENT |
| GCB HEALTH LLC<br>Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 621 NW 53RD STREET<br>Number   Street | INACTIVE E-COMMERCE BUSINESS - THE LLC CAUSED INSURMOUNTABLE FINANCIAL LOSSES AND WAS DISSOLVED IN 2023 | EIN: 8 8 1 3 4 9 4 5 3 |
| 240 | Name of accountant or bookkeeper | Dates business existed |
| BOCA RATON   FL   33487<br>City          State   ZIP Code | DID NOT HAVE ACCOUNTANT OR BOOKKEEPER | From 2022   To 2023 |

Debtor 1    Chaim _____ Levilev _____    Case number (if known) 6:24-bk-03843-LVV
      First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **EOM COMPANY LLC** | Describe the nature of the business | **Employer Identification number** |
| Business Name | INACTIVE BUSINESS ENTITY - THE LLC DID NOT CONDUCT ANY BUSINESS ACTIVITIES AND WAS DISSOLVED DUE TO NOT BEING IN OPERATION. | Do not include Social Security number or ITIN. |
| **621 NW 53RD STREET** | | EIN: 2 0 -2 9 3 6 1 6 5 |
| Number  Street | Name of accountant or bookkeeper | **Dates business existed** |
| **240** | DID NOT HAVE ACCOUNTANT OR BOOKKEEPER | |
| **BOCA RATON  FL  33487** | | From 2022 _____ To 2023 |
| City    State   ZIP Code | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Date issued

Name

MM / DD / YYYY

Number  Street

City    State   ZIP Code

---

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ _____    ✗ _____
Signature of Debtor 1                  Signature of Debtor 2

Date 8/8/24          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

 

Print     Save As...     Add Attachment     Reset

Re: Chaim  Levilev                    **Case Number**: 6:24-bk-03843-LVV

# Overflow - Statement of Financial Affairs

## 9:

| Case Title | LEVILEV JOSEPH, V LEVILEV CHAIM |
|---|---|
| Case Number | 50-2024-CC-005154-XXXA-MB |
| Nature Of The Case | CASES INVOLVING OTHER MATTERS NOT CLASSIFIED ELSEWHERE |
| Court Name | PALM BEACH COUNTY 15TH JUDICIAL CIRCUIT COURT |
| Address | 205 NORTH DIXIE HIGHWAY WEST PALM BEACH, FL 33401 |
| Status Of The Case | PENDING |

## 27:

| Business Name | LEVILEV FITNESS LLC |
|---|---|
| Address | 314 E BOCA RATON RD, BOCA RATON FL 33432 |
| EIN: | NONE |
| Describe The Nature of The Business | INACTIVE BUSINESS ENTITY - THE LLC DID NOT CONDUCT ANY BUSINESS ACTIVITIES AND WAS DISSOLVED DUE TO NOT BEING IN OPERATION. |
| Accountant/Bookkeeper | DID NOT HAVE ACCOUNTANT OR BOOKKEEPER |
| Dates Existed | 03/22/2022 - 09/22/2023 |

| Business Name | TUBAV, LLC |
|---|---|
| Address | 200 WEST PROSPECT STREET, OAKLAND PARK, FL 33334 |
| EIN: | 85-3582941 |
| Describe The Nature of The Business | THIS BUSINESS ENTITY WAS FORMED BY NOSSEN LEVILEV (FORMER BUSINESS PARTNER) AND LISTED BOTH OF US AS 50% OWNER AND MANAGERS. THE PURPOSE WAS TO TRANSFER PROPERTY [ADDRESS: 200 W. PROSPECT RD, OAKLAND PARK, FL 33309 / PARCEL ID 49-42-22-08-0192] OWNED BY HARMLESS PRODUCTS, LLC, TO KEEP IT AS A SEPARATELY OWNED ASSET/INVESTMENT.<br><br>HOWEVER, THIS WAS NOT IMPLEMENTED AND WAS LEFT INACTIVE DUE TO THE DISPUTE AND BUSINESS PARTNERSHIP LITIGATION. PER MY KNOWLEDGE, THE LLC DID NOT CONDUCT ANY BUSINESS ACTIVITIES AND WAS DISSOLVED DUE TO NOT BEING INACTIVE. |
| Accountant/Bookkeeper | DID NOT HAVE ACCOUNTANT OR BOOKKEEPER |
| Dates Existed | 09/17/2020 - 09/23/2022 |



**Fill in this information to identify your case:**

Debtor 1    Chaim        Levilev
             First Name      Middle Name                    Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name              Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number    6:24-bk-03843-LVV
(if known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AMERICAN CREDIT ACCEPTANCE**<br><br>Description of property securing debt: **AUTOMOBILE SUBURBAN CHEVROLET** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |



| Debtor 1 | Chaim | Levilev | | Case number *(if known)* | 6:24-bk-03843-LVV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _____          ✗ _____
Signature of Debtor 1                                              Signature of Debtor 2

Date ___8/8 24___                                        Date _____
   MM / DD / YYYY                                          MM / DD / YYYY

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1** Chaim Levilev
First Name / Middle Name / Last Name

**Debtor 2**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number 6:24-bk-03843-LVV
(If known)

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1
# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:
       - ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
       - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 850.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 3,935.66 | $ 0.00 | | |
| Ordinary and necessary operating expenses | – $ 1,500.00 | – $ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 2,435.66 | $ 0.00 | Copy here➜ $ 2,435.66 | $ 0.00 |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here➜ $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

Debtor 1    Chaim          Levilev
      First Name    Middle Name    Last Name          Case number *(if known)* 6:24-bk-03843-LVV

|  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|
| **8. Unemployment compensation** | $ 0.00 | $ 0.00 |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................. | | |
| For you ......................................................................... $ | | |
| For your spouse ........................................... $ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ 0.00 |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | $ 0.00 | $ 0.00 |
| _____ | $ | $ |
| _____ | $ | $ |
| Total amounts from separate pages, if any. | + $ | + $ |
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. ..................... | $ 3,285.66 + | $ 0.00 = $ 3,285.66<br>Total current<br>monthly income |

---

**Part 2:   Determine Whether the Means Test Applies to You**

---

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11. ....................................................... Copy line 11 here➜    $ 3,285.66

      Multiply by 12 (the number of months in a year).    x 12

12b.  The result is your annual income for this part of the form.    12b.    $ 39,427.92

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    | FLORIDA |

Fill in the number of people in your household.    | 5 |

Fill in the median family income for your state and size of household. ...........................................................13.    $ 113,969.0

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
      Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
      Go to Part 3 and fill out Form 122A-2.



Debtor 1  <u>Chaim                    Levilev</u>
First Name    Middle Name        Last Name

Case number (if known) <u>6:24-bk-03843-LVV</u>

| Part 3: | Sign Below |
| --- | --- |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.



✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date <u>8/8 24</u>
MM / DD  / YYYY

Date _____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

 

[ Print ]     [ Save As... ]     [ Add Attachment ]          [ Reset ]

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

IN RE:

**Case Number**:  6:24-bk-03843-LVV

CHAIM LEVILEV
    Debitor

Chapter 7

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached list of creditors is true and
correct to the best of his/her/their knowledge.

Date: _8/8/24_____          _____
                                        Debtors Signature



**Re:** Chaim  Levilev                    **Case Number:**  6:24-bk-03843-LVV

# Overflow - List of Creditor Matrix

**The Initial Short Filling of [List of Creditor Matrix] had missing/incorrect information.**
## Amended Filing Details and Corrections

- **AMERICAN CREDIT ACCEPTANCE**
  *Corrected Address*

- **PETER J SNYDER PA**
  *Corrected Name & Address*

- **SID ROBERTS**
  *Corrected Name & Address*

- **VALUATION LITIGATION LLC**
  *Added to Creditors List*

- **HALIFAX HEALTH CARE SYSTEMS INC**
  *Added to Creditors List*

- **U.S. ANESTHESIA PARTNERS**
  *Added to Creditors List*

- **ALLIANCE ONE DEBT COLLECTOR**
  *Added to Creditors List*



Chaim Levilev
2 Fernmeadow Lane
Ormond Beach, FL 32174

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

American Credit
Acceptance
Attn: Bankruptcy
961 E Main Street
Spartanburg, SC 29302

Amex
Correspondence
Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
PO Box 981537
El Paso, TX 79998

Andrews Plaza, LLC
c/o Marko Cerenko, Esquire
201 S Biscayne Blvd
Suite 2700
Miami, FL 33131

Bmw Financial Services
Attn:Bankruptcy
Po Box 3608
Dublin, OH 43016

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Credit One Bank
Attn: Bankruptcy
Department
6801 Cimarron Rd
Las Vegas, NV 89113

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Yossi & Surie Levilev
4896 NW 67th Ave;
Lauderhill, FL 33319

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Upstart Smb/crb
P.o. Box 1503
San Carlos, CA 94070

Peter J Snyder PA
301 Crawford Blvd S 100
Boca Raton, Florida
33432-3762

Sid Roberts
280 Prrauli Drive
Ormond Beach, FL 32174

Bloodworth Law, PLLC
801 N Magnolia Ave #216
Orlando, FL 32803

Harmless Products LLC
2890 W Broward Blvd
#B425
Fort Lauderdale, FL 33312

Nossen Levilev
325 Farmington Drive
Plantation, FL 33317

Smoke-Free World
Foundation
1722 Sheridan St. #358
Hollywood, FL 33020

GCB Health LLC
621 NW 53rd Street
Suite 240
Boca Raton, FL 33487

Internal Revenue Service
IRS
PO Box 802501
Cincinnati, OH 45280-2501

Valuation Litigation LLC
924 N Magnolia Ave #118
ORLANDO FL, 32803

HALIFAX HEALTH CARE
SYSTEMS INC
PO BOX 14099
BELFAST, ME 04915

U.S. ANESTHESIA
PARTNERS
PO BOX 8757
CORAL SPRINGS, FL 33075

ALLIANCE ONE DEBT
COLLECTOR
3043 WALTON ROAD
PLYMOUTH MEETING, PA
19462