

Notice of Undeliverable Mail to Debtor

July 28, 2024

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Chaim Levilev, Case Number 24-03843, LVV

**FILED VIA MAIL**

**AUG 1 4 2024**

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

> **United States Bankruptcy Court**
> **George C. Young Federal Courthouse**
> **400 West Washington Street**
> **Suite 5100**
> **Orlando, FL 32801**

---

Undeliverable Address:
American Credit Acceptance

Role type/cr id: 31061870
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

961 E. Main Street
Spartanburg, SC 29302

_____     8/8/24
Signature of Debtor or Debtor's Attorney      Date

1