United States Bankruptcy Court

Middle District of Florida

In re:                                                                                                          Case No. 24-03843-LVV

Chaim Levilev                                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                                           User: admin                                           Page 1 of 2
Date Rcvd: Aug 21, 2024                                  Form ID: Dodsmdef                                  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chaim Levilev, 2 Fernmeadow Lane, Ormond Beach, FL 32174-5998 |
| 31096782 | + | ALLIANCE ONE DEBT COLLECTOR, 3043 WALTON ROAD, PLYMOUTH MEETING, PA 19462-2389 |
| 31061874 | + | Andrews Plaza, LLC, c/o Marko Cerenko, Esquire, 201 S Biscayne Blvd, Suite 2700, Miami, FL 33131-4330 |
| 31061871 | + | Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg., SC 29302-2185 |
| 31061885 | #+ | Bloodworth Law, PLLC, 801 N Magnolia Ave #216, Orlando, FL 32803-3842 |
| 31061876 | + | Capital One Attn:, Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31096784 | + | DAVID BERENTHAL, 45 EAST 72ND STREET, SUITE 5C, NEW YORK, NY 10021-4178 |
| 31061889 | + | GCB Health LLC, 621 NW 53rd Street, Suite 240, Boca Raton, FL 33487-8291 |
| 31096780 | + | HALIFAX HEALTH CARE SYSTEMS, INC, PO BOX 14099, BELFAST, ME 04915-4034 |
| 31061886 | + | Harmless Products LLC, 2890 W Broward Blvd #8425, Fort Lauderdale, FL 33312-1263 |
| 31096783 | | MARK F. CERENKO, 201 S BISCAYNE BLVD, SUITE 5C, NEW YORK, NY 10021 |
| 31061887 | + | Nossen Levilev, 325 Farmington Drive, Plantation, FL 33317-2630 |
| 31061883 | | Peter J Snyder, 301 Crawford Blvd S 100, Boca Raton, Florida 33432-3762 |
| 31096779 | | SID ROBERTS, 2 PRRAULI DRIVE, ORMOND BEACH, FL 32174 |
| 31061884 | | Sidney Roberts, 280 Parrulli Drive, Ormond Beach, FL 32174 |
| 31061888 | + | Smoke-Free World Foundation, 1722 Sheridan St. #358, Hollywood, FL 33020-2275 |
| 31061882 | + | Upstart Smb/crb, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 31096778 | + | VALUATION LITIGATION SERVICES, LLC, 924 N MAGNOLIA AVE #118, ORLANDO, FL 32803-3245 |
| 31061880 | + | Yossi & Surie Levilev, 4896 NW 67th Ave,, Lauderhill, FL 33319-7214 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31061870 | + | Email/Text: bankruptcy@acacceptance.com | Aug 21 2024 21:45:00 | AMERICAN CREDIT ACCEPTANCE, 961 E MAIN STREET, SPARTANBURG, SC 29302-2149 |
| 31061869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2024 21:48:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31061873 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2024 21:48:45 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 31061872 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2024 21:48:44 | Amex Correspondence, Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 31061875 | | EDI: BMW.COM | Aug 22 2024 01:36:00 | Bmw Financial Services, Attn:Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 31061878 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2024 21:48:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31061879 | + | EDI: DISCOVER | Aug 22 2024 01:36:00 | Discover Financial, Attn: Bankruptcy, Po Box3025, New Albany, OH 43054-3025 |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: Dodsmdef | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 31061824 | EDI: FLDEPREV.COM | | Aug 22 2024 01:36:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31061825 | EDI: IRS.COM | | Aug 22 2024 01:36:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31061877 | EDI: JPMORGANCHASE | | Aug 22 2024 01:36:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 31061881 | Email/Text: ml-ebn@missionlane.com | | Aug 21 2024 21:45:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31096781 | ^ MEBN | | Aug 21 2024 21:41:20 | US ANESTHESIA PARTNERS, PO BOX 8757, CORAL SPRINGS, FL 33075-8757 |
| 31061823 | + Email/Text: bankruptcy@VCTAXCOLLECTOR.ORG | | Aug 21 2024 21:45:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4602 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31061890 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service IRS, PO Box 802501, Cincinnati, OH 45280-2501 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024           Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 2

[Dodsmdef] [District Order Dismissing for Deficiencies]

ORDERED.

Dated: August 20, 2024

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:24−bk−03843−LVV
                                                                Chapter 7

Chaim Levilev

_____Debtor*_____/

ORDER DISMISSING CASE

THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by August 17, 2024. The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate notice or order of the Court.

   Full filing fee not paid.

   Failure to file any or all Schedules A−J as required.

   Accordingly, it is **ORDERED:**

1. The case is dismissed without prejudice and without a discharge effective on the 15th day from entry of this Order.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, then, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B), the Court extends the automatic stay for 14 days from the date of this Order.

3. If Debtor files a motion to vacate or for reconsideration of this Order within 14 days of the date of this Order, and the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect when this Order is entered, the automatic stay shall remain in full force and effect until the Court rules on the Debtor's motion.

4. All pending motions are denied and all pending hearings are canceled except for the following, over which the Court retains jurisdiction: (a) motions for relief from stay that (i) are scheduled for hearing within 14 days of the date of this Order, or (ii) request an order binding upon the debtor in subsequently filed cases; and (b) any pending order to show cause.

5. The Trustee is discharged from any further duties.

6. The Debtor shall immediately pay, to the Clerk, U.S. Bankruptcy Court, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930, unpaid filing fees in the amount of $ 338.00

Clerk's Office is directed to serve a copy of this Order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.