**[6ocdmrc]** [ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

**Dated: August 30, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                    Case No. 6:24−bk−03843−LVV
                                          Chapter 7

Chaim Levilev

_____Debtor*_____/

ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER DISMISSAL

    THIS CASE came on for consideration on the Debtor's Motion to Reconsider Dismissal (Document No. 20). After reviewing the record, the Court finds that the Motion is Conditionally Denied, as the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as indicated below.

Filing Fee Not Paid.

    Accordingly, it is

        ORDERED:

        1. If the debtor(s) do not file appropriate documents with the Court within 28 days of the entry of this order, Motion is denied without further notice of hearing.

        2. If the debtor(s) do file timely documents, the Court will review the pleadings and enter appropriate order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.