Case 6:24-bk-03843-LVV    Doc 25    Filed 09/04/24    Page 1 of 2

MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL                    PAGE 1 OF 2

**Re:** Chaim  Levilev                                        **Case Number**:  6:24-bk-03843-LVV

**PETITION IN THE FORM OF A MOTION** FILED VIA MAIL

SEP - 4 2024

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

Chaim Levilev                                        **Case No.:**
Debtor                                               6:24-bk-03843-LVV
                                                     Chapter 7


## MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL

**Dear Honorable Judge Lori V. Vaughan:**

I, Chaim Levilev, the debtor in the above-captioned case, respectfully submit this Motion to Reconsider and Set Aside the Order Dismissing my Chapter 7 Bankruptcy Case, **attached Exhibit A.** I am filing this Motion pro se, and I sincerely apologize for any mistakes I may have made in the process. This is all new to me, and I am trying my best to navigate the system and comply with all requirements in accordance with the laws and timeframes.

    1.    **Addressing the Filing Fee:**
I misunderstood the process and thought I had successfully filed a waiver for the filing fee, so I was unaware that the fee still needed to be paid. I assure the Court that this oversight was not intentional. To correct this, **I have submitted herein a cashier's check for $338.00,** made payable to the Clerk, U.S. Bankruptcy Court, as required by 28 U.S.C. § 1930.

    2.    **Addressing Missing Schedules G-H:**
I also wish to address the issue of the missing Schedules G-H. The omission of these schedules was completely accidental and not done intentionally. To rectify this, **I am filling both Schedules G and H herein and attaching them to this Petition and Motion.**

In light of the above, I respectfully request that the Court reconsider its Order of Dismissal and reinstate my Chapter 7 Bankruptcy case. I understand the importance of complying with the Court's requirements and have made every effort to correct the issues that led to the dismissal.

I sincerely apologize for any inconvenience this may have caused and appreciate the Court's understanding and consideration of this matter.

MOTION TO RECONSIDER AND SET ASIDE ORDER OF DISMISSAL                    PAGE 1 OF 2

**Re:** Chaim  Levilev                                **Case Number:**  6:24-bk-03843-LVV

**WHEREFORE,**

I respectfully request that this Honorable Court:

1.  Reconsider and set aside the Order Dismissing my Chapter 7 Bankruptcy Case;
2.  Reinstate my Chapter 7 Bankruptcy case; and
3.  Grant any further relief that the Court deems just and proper.

Thank you for your attention to this matter.

Respectfully submitted,

Chaim Levilev
2 Fernmeadow Lane
Ormond Beach, FL 32174

Signed:

**Dated:**

8/28/2024