[Dogmrrv7] [District Order Granting Motion for Reconsideration of Order Dismissing Case and Reinstating Case – Chapter 7]

ORDERED.

Dated: September 9, 2024

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No.
                                                                                    6:24−bk−03843−LVV
                                                                                    Chapter 7

Chaim Levilev

_____Debtor*_____/

### ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE, REINSTATING CASE AND RESCHEDULING 341 MEETING

   THIS CASE came on for consideration without a hearing of the Motion For Reconsideration of Order Dismissing Case, Reinstating Case (the "Motion") filed by Debtor (Document No. 25 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

   **ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The interim trustee originally appointed is deemed reappointed by the Office of the United States Trustee.

4. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on October 25, 2024 at 09:00 AM. Trustee: Gene T Chambers. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 705 094 3282, and passcode 9449113494, or call 321−448−1154.

5. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004−2(a) and 4007−1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through December 24, 2024.

6. No proof of claim deadline is established at this time. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.