**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:24−bk−03843−LVV
Chapter 7

Chaim Levilev

_____Debtor*_____/

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On July 25, 2024, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Orlando Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

     The Debtor's Schedules and/or the Debtor's Summary of Assets were filed without a properly signed declaration. Within 14 days from the date of this notice, the Debtor shall file a signed Declaration About an Individual Debtor's Schedules (Form B106 Declaration) or Declaration Under Penalty of Perjury for Non−Individual Debtors (Form B202) containing an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011−4.

     A Summary of Assets was not filed. The Debtor is directed to file a fully completed Summary of Assets and Liabilities, Form B106Sum for individuals, accompanied by a Declaration of Schedules Form B106Dec, or Form B206Sum for non−individuals, accompanied by a Declaration Under Penalty of Perjury Form B202, within 14 days of the date of this notice.

|  |  |
|---|---|
| Dated: September 9, 2024 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.