United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-03843-LVV |
| Chaim Levilev | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2024 | Form ID: Dogmrrv7 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chaim Levilev, 2 Fernmeadow Lane, Ormond Beach, FL 32174-5998 |
| cr | + | Cortney Marie Hobgood, c/o GrayRobinson, P.A., Jason B. Burnett, Esq., 50 North Laura Street, Suite 1100 Jacksonville, FL 32202-3611 |
| 31096782 | + | ALLIANCE ONE DEBT COLLECTOR, 3043 WALTON ROAD, PLYMOUTH MEETING, PA 19462-2389 |
| 31061874 | + | Andrews Plaza, LLC, c/o Marko Cerenko, Esquire, 201 S Biscayne Blvd, Suite 2700, Miami, FL 33131-4330 |
| 31061871 | + | Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg., SC 29302-2185 |
| 31061885 | #+ | Bloodworth Law, PLLC, 801 N Magnolia Ave #216, Orlando, FL 32803-3842 |
| 31061876 | + | Capital One Attn:, Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31096784 | + | DAVID BERENTHAL, 45 EAST 72ND STREET, SUITE 5C, NEW YORK, NY 10021-4178 |
| 31061889 | + | GCB Health LLC, 621 NW 53rd Street, Suite 240, Boca Raton, FL 33487-8291 |
| 31096780 | + | HALIFAX HEALTH CARE SYSTEMS, INC, PO BOX 14099, BELFAST, ME 04915-4034 |
| 31061886 | + | Harmless Products LLC, 2890 W Broward Blvd #8425, Fort Lauderdale, FL 33312-1263 |
| 31096783 | | MARK F. CERENKO, 201 S BISCAYNE BLVD, SUITE 5C, NEW YORK, NY 10021 |
| 31061887 | + | Nossen Levilev, 325 Farmington Drive, Plantation, FL 33317-2630 |
| 31061883 | | Peter J Snyder, 301 Crawford Blvd S 100, Boca Raton, Florida 33432-3762 |
| 31096779 | | SID ROBERTS, 2 PRRAULI DRIVE, ORMOND BEACH, FL 32174 |
| 31061884 | | Sidney Roberts, 280 Parrulli Drive, Ormond Beach, FL 32174 |
| 31061888 | + | Smoke-Free World Foundation, 1722 Sheridan St. #358, Hollywood, FL 33020-2275 |
| 31061882 | + | Upstart Smb/crb, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 31096778 | + | VALUATION LITIGATION SERVICES, LLC, 924 N MAGNOLIA AVE #118, ORLANDO, FL 32803-3245 |
| 31061880 | + | Yossi & Surie Levilev, 4896 NW 67th Ave,, Lauderhill, FL 33319-7214 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2024 21:46:35 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31061870 | + | Email/Text: bankruptcy@acacceptance.com | Sep 09 2024 21:38:00 | AMERICAN CREDIT ACCEPTANCE, 961 E MAIN STREET, SPARTANBURG, SC 29302-2149 |
| 31061869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2024 21:46:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31061873 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 21:46:33 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 31061872 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 21:46:33 | Amex Correspondence, Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 31061875 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 09 2024 21:46:26 | Bmw Financial Services, Attn:Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 31061878 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: Dogmrrv7 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 09 2024 21:46:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31061879 | + | Email/Text: mrdiscen@discover.com | Sep 09 2024 21:37:00 | Discover Financial, Attn: Bankruptcy, Po Box3025, New Albany, OH 43054-3025 |
| 31061824 | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 09 2024 21:37:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31061825 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2024 21:38:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31061877 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2024 21:46:25 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 31061881 | | Email/Text: ml-ebn@missionlane.com | Sep 09 2024 21:37:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31096781 | ^ | MEBN | Sep 09 2024 21:35:12 | US ANESTHESIA PARTNERS, PO BOX 8757, CORAL SPRINGS, FL 33075-8757 |
| 31061823 | + | Email/Text: bankruptcy@VCTAXCOLLECTOR.ORG | Sep 09 2024 21:38:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4602 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31061890 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service IRS, PO Box 802501, Cincinnati, OH 45280-2501 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| Jason B. Burnett | on behalf of Creditor Cortney Marie Hobgood jason.burnett@gray-robinson.com ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

[Dogmrrv7] [District Order Granting Motion for Reconsideration of Order Dismissing Case and Reinstating Case − Chapter 7]

ORDERED.

Dated: September 9, 2024

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                  Case No. 6:24−bk−03843−LVV
                                                                                                         Chapter 7

Chaim Levilev

_____Debtor*_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE, REINSTATING CASE AND RESCHEDULING 341 MEETING**

   THIS CASE came on for consideration without a hearing of the Motion For Reconsideration of Order Dismissing Case, Reinstating Case (the "Motion") filed by Debtor (Document No. 25 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

   **ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The interim trustee originally appointed is deemed reappointed by the Office of the United States Trustee.

4. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on October 25, 2024 at 09:00 AM. Trustee: Gene T Chambers. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 705 094 3282, and passcode 9449113494, or call 321−448−1154.

5. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004−2(a) and 4007−1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through December 24, 2024.

6. No proof of claim deadline is established at this time. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.