UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                              Case No. 6:24-bk-03843-LVV

CHAIM LEVILEV,                                Chapter 7

      Debtor.
_____/

## MOTION TO ALLOW REMOTE APPEARANCE AT OCTOBER 1, 2024 HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Jason B. Burnett of GrayRobinson, P.A. ("Movant"), counsel for Creditor, Cortney Hobgood, files this Motion to Allow Remote Appearance at the October 1, 2024 Hearing on Motion for Relief from the Automatic Stay and states:

1. Counsel for Creditor, Cortney Hobgood, is located in Jacksonville, Florida. Movant is currently experiencing tendonitis in his right Achilles tendon, making driving very difficult.

**WHEREFORE**, based on the foregoing, Jason Burnett requests an order granting the Motion to Allow Remote Appearance at the October 1, 2024 Hearing on Motion for Relief from the Automatic Stay.

**DATED:** September 26, 2024        **GRAYROBINSON, P.A.**

                                            */s/ Jason B. Burnett*
                                            **JASON B. BURNETT**
                                            Florida Bar No.: 822663
                                            jason.burnett@gray-robinson.com
                                            50 North Laura Street, Suite 1100
                                            Jacksonville, FL 32202
                                            T: (904) 598-9929 | F: (904) 598-9109
                                            *Attorney for Cortney Marie Hobgood*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the forgoing has been furnished on this 26th day of September 2024, via U.S. Mail and/or electronically through CM/ECF to the following: **Debtor:** Chaim Levilev**,** 2 Fernmeadow Lane, Ormond Beach, FL 32174; **Trustee:** Gene T. Chambers, Post Office Box 533987, Orlando, FL 32853; and **U.S. Trustee**: United States Trustee – ORL 7/13, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

                                                          */s/ Jason B. Burnett*
                                                                    Attorney