UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED VIA MAIL
SEP 3 0 2024
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

IN RE:

CHAIM LEVILEV

Case No.: 6:24-bk-03843-LVV
Chapter 7

    Debtor.

_____/

## MOTION FOR SANCTIONS AGAINST JOSEPH (YOSSI) SARA (SURI) LEVILEV AND THEIR ATTORNEY DAVID W. BERENTHAL FOR WILLFUL VIOLATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

    I, **Chaim Levilev**, Debtor and pro se litigant, respectfully submit this **Motion for Sanctions** against **Joseph (Yossi) Levilev, Sara (Suri) Levilev**, and their attorney **David W. Berenthal** for willfully violating the automatic stay imposed by **11 U.S.C. § 362(a)** in **Case No. 502024CC005154XXXAMB** of Palm Beach County, and for the following;

1.     On **July 25, 2024**, I filed for Chapter 7 bankruptcy in the **Middle District of Florida** (Case No. 6:24-bk-03843-LVV). The automatic stay was immediately imposed. (see **Exhibit A**: Notice of Bankruptcy Filing)

2.     As of **August 16, 2024**, Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthal, were fully aware of the automatic stay (see **Exhibit B**: Certificate of Notice). This is further evidenced by their motion filed in Palm Beach County, <u>acknowledging the stay and requesting additional time for service of process due to the stay</u> (see **Exhibit C**: Court Order Granting Extension of Time).

3.     Despite their explicit acknowledgment of the stay, on **September 10, 2024**, Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthal served me with a summons (see **Exhibit D**: Proof of Service). This act constitutes a clear and willful violation of the automatic stay as outlined in **11 U.S.C. § 362(a)**.

4.      The actions taken by Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthal, were not accidental. **They were done maliciously, knowingly, and intentionally,** causing me significant emotional distress, health complications, substantial loss of time, money, and other losses, in addition to hindering my efforts of seek employment, and focusing on my financial recovery.

## DAMAGES

As a **pro se** litigant, I am entitled to recover the following **actual damages** due to the willful violation of the automatic stay:

- **Out-of-pocket expenses** incurred in responding to the violation, and associated costs.
- **Lost time and financial harm:** Significant time was lost as I was forced to research and prepare my defense, which impacted my ability to work and care for my family.
- **Emotional distress:** The stress caused by the continuous legal actions taken by Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthal, has directly affected my mental health and well-being, exacerbating existing health conditions.

## LEGAL BASIS

Under **11 U.S.C. § 362(k)(1)**, any willful violation of the automatic stay entitles the debtor to recover actual and **punitive damages**. The conduct of Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthal, was **deliberate** and **knowing**, making them fully liable for compensatory and punitive damages.

- *In **In re Johnson**, 501 F.3d 1163 (10th Cir. 2007), the court affirmed that punitive damages are appropriate in cases involving willful violations of the automatic stay, as they serve to punish violators and deter future misconduct.*

Given that Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney, David W. Berenthals' acknowledgement of the automatic stay and their willful disregard for its protections, **punitive damages** should be awarded to deter such egregious actions in the future.

# REQUEST FOR RELIEF

Based on the foregoing, I respectfully request that this Court:

1. **Award compensatory damages** for out-of-pocket expenses, lost wages, health complications, and time lost in responding to their violation.

2. **Award punitive damages** and enter a Judgement against Joseph (Yossi) Levilev, Sara (Suri) Levilev, and their attorney David W. Berenthal, to punish them for willfully violating the automatic stay and to deter future violations.

3. **Grant such other and further relief** as this Court deems just and proper.

Dated: September 25, 2024

Respectfully submitted,

Chaim Levilev, *ProSe*
2 Fernmeadow Ln
Ormond Beach, FL 32174
Email: levilevc@gmail.com

## PRO SE CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on **25th of September, 2024**, via U.S. Mail to the following: **David W. Berenthal**, Attorney for Joseph (Yossi) Levilev and Sara (Suri) Levilev Berenthal & Associates, P.A. 255 Alhambra Circle, Suite 1150 Coral Gables, FL 33134. **Gene T. Chambers**, Trustee, Post Office Box 533987, Orlando, FL 32853; and **U.S. Bankruptcy Clerk of Court:** 400 W. Washington Street, Ste 5100, Orlando FL 32801

Chaim Levilev, *ProSe*
2 Fernmeadow Ln
Ormond Beach, FL 32174
Email: levilevc@gmail.com

# EXHIBIT A

United States Bankruptcy Court
Middle District of Florida

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed on 07/25/2024 at 12:45 PM under Chapter 7 of the United States Bankruptcy Code.

**Chaim Levilev**
2 Fernmeadow Lane
Ormond Beach, FL 32174
386-340-1897
SSN / ITIN: xxx-xx-0000



The case was assigned case number 6:24-bk-03843-LVV to Judge Lori V. Vaughan. This case was filed in paper form and was entered into the electronic case management system on 07/25/2024 at 4:37 PM.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Sheryl L. Loesch**
**Clerk, U.S. Bankruptcy Court**

# EXHIBIT B

United States Bankruptcy Court
Middle District of Florida

In re:  
Chaim Levilev  
    Debtor

Case No. 24-03843-LVV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6  
Date Rcvd: Aug 16, 2024

User: admin  
Form ID: 309A

Page 1 of 3  
Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chaim Levilev, 2 Fernmeadow Lane, Ormond Beach, FL 32174-5998 |
| 31096782 | + | ALLIANCE ONE DEBT COLLECTOR, 3043 WALTON ROAD, PLYMOUTH MEETING, PA 19462-2389 |
| 31061874 | + | Andrews Plaza, LLC, c/o Marko Cerenko, Esquire, 201 S Biscayne Blvd, Suite 2700, Miami, FL 33131-4330 |
| 31061871 | + | Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg., SC 29302-2185 |
| 31061885 | #+ | Bloodworth Law, PLLC, 801 N Magnolia Ave #216, Orlando, FL 32803-3842 |
| 31061876 | + | Capital One Attn:, Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31096784 | + | DAVID BERENTHAL, 45 EAST 72ND STREET, SUITE 5C, NEW YORK, NY 10021-4178 |
| 31061889 | + | GCB Health LLC, 621 NW 53rd Street, Suite 240, Boca Raton, FL 33487-8291 |
| 31096780 | + | HALIFAX HEALTH CARE SYSTEMS, INC, PO BOX 14099, BELFAST, ME 04915-4034 |
| 31061886 | + | Harmless Products LLC, 2890 W Broward Blvd #8425, Fort Lauderdale, FL 33312-1263 |
| 31096783 | | MARK F. CERENKO, 201 S BISCAYNE BLVD, SUITE 5C, NEW YORK, NY 10021 |
| 31061887 | + | Nossen Levilev, 325 Farmington Drive, Plantation, FL 33317-2630 |
| 31061883 | | Peter J Snyder, 301 Crawford Blvd S 100, Boca Raton, Florida 33432-3762 |
| 31096779 | | SID ROBERTS, 2 PRRAULI DRIVE, ORMOND BEACH, FL 32174 |
| 31061884 | | Sidney Roberts, 280 Parrulli Drive, Ormond Beach, FL 32174 |
| 31061888 | + | Smoke-Free World Foundation, 1722 Sheridan St. #358, Hollywood, FL 33020-2275 |
| 31061882 | + | Upstart Smb/crb, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 31096778 | + | VALUATION LITIGATION SERVICES, LLC, 924 N MAGNOLIA AVE #118, ORLANDO, FL 32803-3245 |
| 31061880 | + | Yossi & Surie Levilev, 4896 NW 67th Ave,, Lauderhill, FL 33319-7214 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | ^ MEBN | Aug 16 2024 21:32:18 | Gene T Chambers, Post Office Box 533987, Orlando, FL 32853-3987 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 16 2024 21:36:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| cr | + EDI: AISACG.COM | Aug 17 2024 01:29:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31061870 | + Email/Text: bankruptcy@acacceptance.com | Aug 16 2024 21:36:00 | AMERICAN CREDIT ACCEPTANCE, 961 E MAIN STREET, SPARTANBURG, SC 29302-2149 |
| 31061869 | + Email/PDF: AffirmBKNotifications@resurgent.com | Aug 16 2024 21:40:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31061873 | + Email/PDF: bncnotices@becket-lee.com | Aug 16 2024 21:42:47 | Amex, PO Box 981537, El Paso, TX 79998-1537 |

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: 309A | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 31061872 | + Email/PDF: bncnotices@becket-lee.com | | Aug 16 2024 21:42:11 | Amex Correspondence, Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 31061875 | EDI: BMW.COM | | Aug 17 2024 01:29:00 | Bmw Financial Services, Attn:Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 31061878 | + Email/PDF: creditonebknotifications@resurgent.com | | Aug 16 2024 21:42:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31061879 | + EDI: DISCOVER | | Aug 17 2024 01:26:00 | Discover Financial, Attn: Bankruptcy, Po Box3025, New Albany, OH 43054-3025 |
| 31061824 | EDI: FLDEPREV.COM | | Aug 17 2024 01:26:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31061825 | EDI: IRS.COM | | Aug 17 2024 01:29:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31061877 | EDI: JPMORGANCHASE | | Aug 17 2024 01:26:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 31061881 | Email/Text: ml-ebn@missionlane.com | | Aug 16 2024 21:35:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31096781 | ^ MEBN | | Aug 16 2024 21:32:23 | US ANESTHESIA PARTNERS, PO BOX 8757, CORAL SPRINGS, FL 33075-8757 |
| 31061823 | + Email/Text: bankruptcy@VCTAXCOLLECTOR.ORG | | Aug 16 2024 21:36:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4602 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31061890 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service IRS, PO Box 802501, Cincinnati, OH 45280-2501 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

# EXHIBIT C

Filing # 205084802 E-Filed 08/20/2024 08:58:57 AM

IN THE COUNTY COURT IN AND FOR
THE 15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

Joseph Levilev a/k/a Yossi Levilev and Sara
Levilev a/k/a Suri Levilev,
                      Petitioners         Civil Division
   v.

                                  Case No. 502024CC005154XXXAMB

Chaim Levilev and Braina Levilev,
                      Respondents.

## ORDER GRANTING PETITIONERS' MOTION
## TO EXTEND TIME IN ORDER TO OBTAIN
## SERVICE OF PROCESS ON RESPONDENTS

THIS CAUSE came before the Court on Petitioners' Motion to Extend Time in Order to Obtain Service of Process on Respondents, and the Court having reviewed the motion and the entire court file, and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Petitioners' Motion for Enlargement of Time to Perfect Service is GRANTED. The Petitioners shall have 60 days from the date of this Order to serve Respondents and it is further

ORDERED and ADJUDGED that the case is stayed as to Respondent Chaim Levilev until the automatic stay imposed by 11 U.S.C. § 362(a)(1) is lifted or dissolved.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida.

50-2024-CC-005154-XXXA-MB   08/20/2024
Edward A. Garrison   County Judge

50-2024-CC-005154-XXXA-MB   08/20/2024
Edward A. Garrison
County Judge

# EXHIBIT D

IN THE COUNTY COURT OF THE 15ᵗʰ JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

Joseph Levilev a/k/a Yossi Levilev and Sara
Levilev a/k/a Suri Levilev,

Case No. 502024CC005154XXXAMB

          Petitioners

v.

Chaim Levilev and Braina Levilev,

          Respondents.

## SUMMONS

A TRUE COPY (SEAL)
MICHAEL J. CHITWOOD
SHERIFF/DIRECTOR PUBLIC SAFETY
VOLUSIA COUNTY, FLORIDA
DATE_____ TIME____ M
BY_____

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:
    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition
on:    Chaim Levilev
        314 E. Boca Raton Road
        Boca Raton, FL 33432

DATED: April 12, 2024

Joseph Abruzzo, Clerk & Comptroller

By: _Chelsea Lalman_____
        DEPUTY CLERK

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right a way. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the plaintiff or plaintiff(s) attorney named below.

        David W. Berenthal, Esq.
        Berenthal & Associates, P.A.
        255 Alhambra Circle, Suite 1150
        Coral Gables, FL 33134