

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2024 11:00 AM

COURTROOM 6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-03843-LVV** | **7** | **07/25/2024** |

**Chapter 7**

**DEBTOR:** Chaim Levilev

**DEBTOR ATTY:** NA

**TRUSTEE:** Gene Chambers

**HEARING:**

Motion for Relief from Stay Re: Real Property. Filed by Creditor Cortney Marie Hobgood (Doc #22)
       Response by Debtor (Doc #32)
       Note:
       Complaint deadline: 12/24/2024

**APPEARANCES:**:
Jason Burnett: Hobgood; Chaim Levilev: Debtor

**RULING:**
Motion for Relief from Stay Re: Real Property. Filed by Creditor Cortney Marie Hobgood (Doc #22) - Response by Debtor (Doc #32) - Granted; order by Burnett.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.