UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CHAIM LEVILEV,

Case No. 6:24-bk-03843-LVV
Chapter 7

Debtor.
_____/

## PROOF OF SERVICE

I CERTIFY that a true and correct copy of the Order Granting Motion to Allow Remote Appearance at October 1, 2024 Hearing on Motion for Relief from the Automatic Stay [Doc 36] was furnished via the Court's CM/ECF System to all parties receiving electronic notice on September 30, 2024, and to Debtor, Chaim Levilev, 2 Fernmeadow Lane, Ormond Beach, FL 32174, via United States Mail, on October 7, 2024.

**DATED:** October 7, 2024        **GRAYROBINSON, P.A.**

*/s/ Jason B. Burnett*
**JASON B. BURNETT**
Florida Bar No.: 822663
jason.burnett@gray-robinson.com
50 North Laura Street, Suite 1100
Jacksonville, FL 32202
T: (904) 598-9929 | F: (904) 598-9109
*Attorney for Cortney Marie Hobgood*

# 618168 v1