**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                  Case Number:
                                                                                                        6:24−bk−03843−LVV
                                                                                                        Chapter 7

Chaim Levilev




_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Lori V. Vaughan will conduct a non−evidentiary hearing on **November 12, 2024 at 11:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) Against Joseph (Yossi) Levilev, Sara (Suri) Levilev, and Their Atoorney David W. Berenthal by Debtor (Doc. No. 37)**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  October 8, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.