[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  November 05, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:24−bk−03843−LVV
Chapter 7

Chaim Levilev

_____Debtor*_____/

**ORDER GRANTING MOTION TO ALLOW ZOOM APPEARANCE**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Zoom Appearance** (Doc. **46** ), filed by **Attorney David Berenthal** .

The Court having considered the record, the Motion to Allow Zoom Appearance is Granted .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney David Berenthal is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.