**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　　　Case Number:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　6:24−bk−03843−LVV
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Chaim Levilev

_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Lori V. Vaughan will conduct a non−evidentiary hearing on **January 28, 2025 at 11:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Response to First Subpoena on Amazon.com, Inc and Motion to Quash Subpoena, Strike Improper Requests, and Request for Sanctions filed by 3rd Party Defendant, Breina Levilev (Document No. 67)**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  January 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jose A Rodriguez,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　George C. Young Federal Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　　　400 West Washington Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 5100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801

[*]All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.