UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

CHAIM LEVILEV,                           Case no.: 6:24-bk-03843-LVV

                                         Chapter 7

           Debtor(s).
_____/

**NOTICE OF APPEARANCE OF COUNSEL, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS BY CHAIM LEVILEV, DEBTOR**

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Debtor, Chaim Levilev, ("Debtor"), and under, inter alia, Bankruptcy Rules 2002, 6004 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

    PLEASE TAKE NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand,whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with respect to: (a) the debtor; (b) property of the estate or proceeds thereof, or property in which the debtor may claim interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Debtor.

    PLEASE TAKE NOTICE that Debtor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Debtor's right to have final orders in noncore matters entered only after de novo review by District Judge, (2) Debtor's right to trial by jury in any proceeding so triable in this case or any case, or proceeding related to this case, (3) Debtor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Debtor is or may be entitled underagreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Debtor expressly reserves.

Dated:  January 9, 2025.

                                        /s/ *L. Todd Budgen*
                                        L. Todd Budgen
                                        Florida Bar No. 0296960
                                        Budgen Law
                                        P.O. Box 520546
                                        Longwood, Florida  32752
                                        Telephone: (407) 481-2888
                                        E-Mail: tbudgen@mybankruptcyfirm.com
                                        *Attorney for Debtor*

### **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance of Counsel, Request for Service of Papers, and Reservation of Rights by Debtor*, has been furnished by either this Court's CM/ECF electronic noticing system on the 10th day of January, 2025 to: all parties listed on the attached mailing matrix.

                                        /s/ *L. Todd Budgen*
                                        L. Todd Budgen