UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CHAIM LEVILEV,

                  Debtor(s).
_____/

Case No.: 6:24-bk-03843-LVV

Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

Budgen Law, as counsel for Debtor, Chaim Levilev, and pursuant to Bankruptcy Rule 2016(b), gives notice of receipt of compensation received, as follows:

1. I am an attorney with the law firm of Budgen Law ("Budgen Law") and I am admitted to practice before this Court.

2. Budgen Law and the Debtor have entered into an agreement where:

    a. Budgen Law has agreed to render legal services to the Debtor.

    b. This agreement excludes Adversary Proceedings and cases not before this bankruptcy court.

3. The Debtor has agreed to pay Budgen Law's regular hourly rates for necessary services rendered by Budgen Law and to reimburse Budgen Law for actual, necessary expenses incurred or paid for the benefit of the Debtor as related to contested matters and any adversary.

4. The fee is based upon the time estimated for the above-referenced scope of work and is characterized in part as an earned upon receipt retainer.

5. Within one year before the filing of the petition in bankruptcy, the Debtor paid Budgen Law $0.00 for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case as to the contested matters or adversary.

6. Budgen Law will represent the Debtor regarding any and all work necessary to defend the bankruptcy case and otherwise represent the Debtor in the bankruptcy case.

7. After the petition date, the Debtor paid, or caused to be paid, Budgen Law a retainer in the amount of $20,000.00.

8. The source of the compensation received is the Father-in-law of the Debtor.

9. Budgen Law has not agreed to share the above-disclosed compensation with any other person.

Dated this 9th day of January, 2025.

/s/ L Todd Budgen
L. Todd Budgen
Florida Bar No: 0296960
Budgen Law
PO Box 520546
Longwood, Florida 32752
Tel: (407) 481-2888
tbudgen@MyBankruptcyFirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via CM/ECF to all parties in interest and all parties listed on the attached mailing matrix on or before the 10th day of January, 2025.

/s/ L. Todd Budgen
L. Todd Budgen