UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.: 6:24-bk-03843-LVV
                                                                        Chapter 7
CHAIM LEVILEV,

    Debtor.
_____/

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

COMES NOW, the Debtor, by and through the undersigned counsel, and files this Notice of Change of Address for the Debtor:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Chaim Levilev | Chaim Levilev |
| 2 Fernmeadow Lane | 2 Whispering Pine Trail |
| Ormond Beach, FL  32174 | Ormond Beach, FL 32074 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic transmission or U.S. Mail, first class, postage pre-paid, to all the creditors and parties in interest on the attached mailing matrix on or before this 10th day of January, 2025.

    /s/ L. Todd Budgen
    L. Todd Budgen
    Attorney for Debtor
    Florida Bar No. 0296960
    PO Box 520546
    Longwood, FL 32752
    Phone: 407-481-2888
    tbudgen@mybankruptcyfirm.com