```
Label Matrix for local noticing          BMW Financial Services NA, LLC, c/o AIS Port    David Berenthal
113A-6                                   4515 N Santa Fe Ave. Dept. APS                  Berenthal & Associates, P.C.
Case 6:24-bk-03843-LVV                   Oklahoma City, OK 73118-7901                    45 East 72nd Street
Middle District of Florida                                                               Suite 5C
Orlando                                                                                  New York, NY 10021-4178
Thu Jan  9 15:44:26 EST 2025

Cortney Marie Hobgood                    Chaim Levilev                                   Cynthia E. Lewis
c/o GrayRobinson, P.A.                   2 Fernmeadow Lane                               Nardella & Nardella, PLLC
Jason B. Burnett, Esq.                   Ormond Beach, FL 32174-5998                     135 W. Central Blvd
50 North Laura Street                                                                    Suite 300
Suite 1100                                                                               Orlando, FL 32801-2435
Jacksonville, FL 32202-3611

ALLIANCE ONE DEBT COLLECTOR              AMERICAN CREDIT ACCEPTANCE                      Affirm, Inc.
3043 WALTON ROAD                         961 E MAIN STREET                               Attn: Bankruptcy
PLYMOUTH MEETING, PA 19462-2389          SPARTANBURG, SC 29302-2149                      650 California St, Fl 12
                                                                                         San Francisco, CA 94108-2716


Amex                                     Amex Correspondence                             Andrews Plaza, LLC
PO Box 981537                            Bankruptcy                                      c/o Marko Cerenko, Esquire
El Paso, TX 79998-1537                   Po Box 981540                                   201 S Biscayne Blvd
                                         El Paso, TX 79998-1540                          Suite 2700
                                                                                         Miami, FL 33131-4330


Attn: Bankruptcy                         Bloodworth Law, PLLC                            (p)BMW FINANCIAL SERVICES
961 E Main St, Fl 2                      801 N Magnolia Ave #216                         CUSTOMER SERVICE CENTER
Spartanburg., SC 29302-2185              Orlando, FL 32803-3842                          PO BOX 3608
                                                                                         DUBLIN OH 43016-0306


Capital One Attn:                        (p)JPMORGAN CHASE BANK  N A                     Credit One Bank
Bankruptcy                               BANKRUPTCY MAIL INTAKE TEAM                     Attn: Bankruptcy Department
Po Box 30285                             700 KANSAS LANE FLOOR 01                        6801 Cimarron Rd
Salt Lake City, UT 84130-0285            MONROE LA 71203-4774                            Las Vegas, NV 89113-2273


DAVID BERENTHAL                          Discover Financial                              Florida Department of Revenue
45 EAST 72ND STREET, SUITE 5C            Attn: Bankruptcy                                Bankruptcy Unit
NEW YORK, NY 10021-4178                  Po Box3025                                      Post Office Box 6668
                                         New Albany, OH 43054-3025                       Tallahassee FL 32314-6668


GCB Health LLC                           HALIFAX HEALTH CARE SYSTEMS, INC                Harmless Products LLC
621 NW 53rd Street                       PO BOX 14099                                    2890 W Broward Blvd #8425
Suite 240                                BELFAST, ME 04915-4034                          Fort Lauderdale, FL 33312-1263
Boca Raton, FL 33487-8291


Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE                     MARK F. CERENKO
Post Office Box 7346                     CENTRALIZED INSOLVENCY OPERATIONS               201 S BISCAYNE BLVD, SUITE 5C
Philadelphia PA 19101-7346               PO BOX 7346                                     NEW YORK, NY 10021
                                         PHILADELPHIA PA 19101-7346


(p)MISSION LANE LLC                      Nossen Levilev                                  Peter J Snyder
PO BOX 105286                            325 Farmington Drive                            301 Crawford Blvd S 100
ATLANTA GA 30348-5286                    Plantation, FL 33317-2630                       Boca Raton, Florida 33432-3762
```

| | | |
|---|---|---|
| SID ROBERTS<br>2 PRRAULI DRIVE<br>ORMOND BEACH, FL 32174 | Sidney Roberts<br>280 Parrulli Drive<br>Ormond Beach, FL 32174 | Smoke-Free World Foundation<br>1722 Sheridan St. #358<br>Hollywood, FL 33020-2275 |
| US ANESTHESIA PARTNERS<br>PO BOX 8757<br>CORAL SPRINGS, FL 33075-8757 | Upstart Smb/crb<br>P.O. Box 1503<br>San Carlos, CA 94070-7503 | VALUATION LITIGATION SERVICES, LLC<br>924 N MAGNOLIA AVE #118<br>ORLANDO, FL 32803-3245 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4602 | Yossi & Surie Levilev<br>4896 NW 67th Ave,<br>Lauderhill, FL 33319-7214 | Gene T Chambers +<br>Post Office Box 533987<br>Orlando, FL 32853-3987 |
| Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Lori V. Vaughan +<br>Orlando<br>, FL |
| David W Berenthal +<br>Berenthal & Associates<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134-7415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>Attn:Bankruptcy<br>Po Box 3608<br>Dublin, OH 43016 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Internal Revenue Service IRS<br>PO Box 802501<br>Cincinnati, OH 45280-2501 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Harmless Products, LLC | (u)Breina Levilev | (u)Joseph Levilev |

| | | |
|---|---|---|
| (u)Nossen Levilev | (u)Sara Levilev | (u)Smoke Free World Foundation |
| (d)Cynthia E Lewis +<br>Nardella & Nardella PLLC<br>135 W Central Blvd, Ste 300<br>Orlando, FL 32801-2435 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     8<br>Total                  50 |