[Doeoddd] [District Order Granting Motion to Extend Time to Object to Discharge and/or Dischargeability and/or File a Motion to Dismiss]

ORDERED.

**Dated: January 16, 2025**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:24−bk−03843−LVV
Chapter 7

Chaim Levilev

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME
### TO OBJECT TO DISCHARGE

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to Object to the Discharge filed by Harmless Products, LLC, Joseph Levilev, Nossen Levilev, Sara Levilev, Smoke Free World Foundation on December 20, 2024 (Document No. 66) (the "Motion"). After reviewing the Motion, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline for the Movant to file a Complaint to Object to the Discharge is extended until *March 24, 2025*.

3. The Court will grant no further extensions except upon Debtor's consent or after a hearing with notice to the Debtor.

David Berenthal is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.