UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>Chaim Levilev,<br><br>                       Debtor | CASE NO.: 6:24-bk-03843-LVV<br><br>CHAPTER 7 |

**MOTION TO RESCHEDULE JANUARY 28, 2025 HEARING ON BREINA LEVILEV'S MOTION TO QUASH SUBPOENA, STRIKE IMPROPER REQUESTS AND REQUESTS FOR SANCTIONS**

      David W. Berenthal, counsel for Creditors Nossen Levilev and Harmless Products, LLC, files this Motion to reschedule the January 28, 2025 hearing on non-party Breina Levilev's "Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions For Sanctions" (Doc. No. 67), and states as follows:

      1.      On December 30, 2024, non-party and debtor's wife, Breina Levilev, filed her Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions For Sanctions (the "Motion") (Doc. No. 67).

      2.      On January 2, 2025, the Court noticed (the "Notice") the aforementioned Motion for a non-evidentiary hearing for January 28, 2025 at 11:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 (Doc. No. 68) .

      3.      From January 3, 2025 through January 10, 2025, undersigned counsel was suffering from influenza resulting in a high fever, fatigue, laryngitis and general malaise.  Although the fever has abated, counsel continues to suffer from a persistent congested cough.  As a result, and due to other deadlines and commitments in other matters that were also affected by counsel's illness, counsel has been unable to finalize a response to the movant's motion.

      4.      Furthermore, debtor and creditors Creditors Nossen Levilev and Harmless Products,

LLC are scheduled to engage in voluntary mediation this Wednesday, January 22, 2025. Given that the movant is debtor's wife, in order to afford the mediation the best change at success, counsel would ask that this court reschedule the hearing by postponing the same for at least one week (preferably two), thus adjourning counsel's time to respond to the motion. The alternative would require counsel to file a response which may upset the debtor and jeopardize the mediation.

5. The request to adjourn the hearing is made in good faith and not for the purposes of undue delay.

WHEREFORE, based on the foregoing, David W. Berenthal requests an order rescheduling the January 28, 2025 hearing on Breina Levilev's Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions by adjourning the same for at two weeks.

Dated: January 20, 2025

    Respectfully submitted,

    **BERENTHAL & ASSOCIATES, P.A.**

    By:    /David W. Berenthal/
         David W. Berenthal
         Attorneys for Creditors Nossen
         Levilev and Harmless Products, LLC
         Florida Bar No. 159220
         E-mail: dwb@berenthalaw.com
         45 East 72nd Street, Suite 5C
         New York, NY 10021
         Telephone: (212) 302-9494

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the forgoing has been furnished on this 20th day of January 2025, via U.S. Mail and/or electronically through CM/ECF to the following:

Breina Levilev, 5 Highland Oaks Trail, Ormond Beach, FL 32174

By:    /David W. Berenthal/