ORDERED.

Dated: January 23, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| In Re: | Case No. 6:24-bk-03843-LVV |
|---|---|
| Chaim Levilev, | Chapter 7 |
| Debtor | |

### ORDER GRANTING CREDITORS' MOTION
### TO RESCHEDULE THE JANUARY 28, 2025 HEARING

THIS CASE came on for consideration, without hearing, on creditors Nossen Levilev and Harmless Products, LLC's Motion (Doc. No. 75) to reschedule the January 28, 2025 hearing on non-party Breina Levilev's "Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions For Sanctions" (Doc. No.67). After reviewing the Motion, it is hereby:

**ORDERED** that the Motion is granted. The January 28, 2025 hearing on Breina Levilev's motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions is rescheduled to February 11, 2025 at 11:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

Attorney David W. Berenthal, Esq. is directed to serve a copy of the Order on all interested parties who are non-CM/ECF users and file a proof of service within 3 business days of entry of the order.