UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>Chaim Levilev,<br><br>Debtor | CASE NO.: 6:24-bk-03843-LVV<br><br>CHAPTER 7 |

**MOTION TO ALLOW REMOTE APPEARANCE AT THE FEBRUARY 11, 2025 HEARING ON BREINA LEVILEV'S MOTION TO QUASH SUBPOENA, STRIKE IMPROPER REQUESTS AND REQUESTS FOR SANCTIONS**

David W. Berenthal, counsel for Creditors Nossen Levilev and Harmless Products, LLC, files this Motion to Allow Remote Appearance at the February 11, 2025 hearing on non-party Breina Levilev's "Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions For Sanctions" [Doc. No. 67], and states as follows:

1. On December 30, 2024, non-party Breina Levilev filed her Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions For Sanctions (the "Motion") (Doc. No. 67).

2. On January 2, 2025, the Court noticed (the "Notice") the aforementioned Motion for a non-evidentiary hearing (the "Hearing") for January 28, 2025 at 11:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 (Doc. No. 68) .

3. The Notice states: "All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan".

4. By Order dated January 23, 2025 (which was granted upon the undersigned' motion), the Court rescheduled the hearing to February 11, 2025 at 11:00 AM in Courtroom 6C, 6th Floor,

George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

5. Undersigned counsel is located in Passaic County, New Jersey, and operates primarily from the office in New York County, New York. Even when the undersigned is operating out of the Florida office, said office is located in Miami-Dade County, Florida. Thus a personal appearance is both economically and temporally burdensome requiring significant costs and time for travel to Orlando.

6. Given that the aforementioned hearing is non-evidentiary the undersigned respectfully requests that the Court allow him to appear remotely at the February 11, 2025 Hearing.

WHEREFORE, based on the foregoing, David W. Berenthal requests an order granting the Motion to Allow Remote Appearance at the February 11, 2025 Hearing on Breina Levilev's Motion to Quash Subpoena, Strike Improper Requests and Requests for Sanctions.

Dated: February 6, 2025

                                      Respectfully submitted,

                                      **BERENTHAL & ASSOCIATES**

                                      By:    /David W. Berenthal/
                                               David W. Berenthal
                                               Pro Se and Attorneys for Creditors
                                               Nossen Levilev and Harmless
                                               Products, LLC
                                               Florida Bar No. 159220
                                               E-mail: dwb@berenthalaw.com
                                               45 East 72nd Street, Suite 5C
                                               New York, NY 10021
                                               Telephone: (212) 302-9494

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the forgoing has been furnished on this 6th day of February, 2025, via U.S. Mail and/or electronically through CM/ECF to the following:

Breina Levilev, 5 Highland Oaks Trail, Ormond Beach, FL 32174

L. Todd Budgen, Counsel for Debtor: PO Box 520546 Longwood, Florida 32752

Debtor: Chaim Levilev, 2 Whispering Pine Trail, Ormond Beach, FL 32074

Trustee: Gene T. Chambers, Post Office Box 533987, Orlando, FL 32853

U.S. Trustee: United States Trustee – ORL 7/13, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

By: ___/David W. Berenthal/___