UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CHAIM LEVILEV

CASE NO: 6-24-bk-03843-LVV

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 2/24/2025, I did cause a copy of the following documents, described below,

Amended Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/24/2025

/s/ Todd Budgen
Todd Budgen  0296960

Todd Budgen
P.O. Box 520546
Longwood, FL  32752
407 481 2888
tbudgen@mybankruptcyfirm.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>CHAIM LEVILEV | CASE NO: 6-24-bk-03843-LVV<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 2/24/2025, a copy of the following documents, described below,

Amended Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Todd Budgen
Todd Budgen
P.O. Box 520546
Longwood, FL  32752

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
CHIMESTRIDE BANK NA
324 W BROADWAY AVENUE
ENID OK 73701

FIRST CLASS
CHIMESTRIKE BANK NA
PO BOX 417
SAN FRANCISCO CA 94104

FIRST CLASS
IC SYSTEM
PO BOX 64378
SAINT PAUL MN 55164

FIRST CLASS
JPMCB CARD
PO BOX 15369
WILMINGTON DE 19850

FIRST CLASS
TOYOTA MOTOR CREDIT
PO BOX 9786
CEDAR RAPIDS IA 52409

FIRST CLASS
MORRIS  DELICIA ESFORMES
191 NW EMERSON PLACE
BOCA RATON FL 33432

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 6-24-BK-03843-LVV
MIDDLE DISTRICT OF FLORIDA
MON FEB 24 11-32-33 PST 2025

BMW FINANCIAL SERVICES NA  LLC  CO AIS PORT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~
~~(U)HARMLESS PRODUCTS  LLC~~

~~EXCLUDE~~
~~(U)SMOKE FREE WORLD FOUNDATION~~

ALLIANCE ONE DEBT COLLECTOR
3043 WALTON ROAD
PLYMOUTH MEETING  PA 19462-2389

AMERICAN CREDIT ACCEPTANCE
961 E MAIN STREET
SPARTANBURG  SC 29302-2149

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST  FL 12
SAN FRANCISCO  CA 94108-2716

AMEX
PO BOX 981537
EL PASO  TX 79998-1537

AMEX CORRESPONDENCE
BANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

ANDREWS PLAZA  LLC
CO MARKO CERENKO  ESQUIRE
201 S BISCAYNE BLVD
SUITE 2700
MIAMI  FL 33131-4330

ATTN BANKRUPTCY
961 E MAIN ST  FL 2
SPARTANBURG  SC 29302-2185

BLOODWORTH LAW  PLLC
801 N MAGNOLIA AVE 216
ORLANDO  FL 32803-3842

(P)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

CAPITAL ONE ATTN
BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO 15298
WILMINGTON  DE 19850-5298

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DAVID BERENTHAL
45 EAST 72ND STREET  SUITE 5C
NEW YORK  NY 10021-4178

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX3025
NEW ALBANY  OH 43054-3025

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

GCB HEALTH LLC
621 NW 53RD STREET
SUITE 240
BOCA RATON  FL 33487-8291

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HALIFAX HEALTH CARE SYSTEMS  INC<br>PO BOX 14099<br>BELFAST  ME 04915-4034 | HARMLESS PRODUCTS LLC<br>2890 W BROWARD BLVD 8425<br>FORT LAUDERDALE  FL 33312-1263 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MARK F CERENKO<br>201 S BISCAYNE BLVD  SUITE 5C<br>NEW YORK  NY 10021 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| NOSSEN LEVILEV<br>325 FARMINGTON DRIVE<br>PLANTATION  FL 33317-2630 | PETER J SNYDER<br>301 CRAWFORD BLVD S 100<br>BOCA RATON  FLORIDA 33432-3762 | SID ROBERTS<br>2 PRRAULI DRIVE<br>ORMOND BEACH  FL 32174 |
| SIDNEY ROBERTS<br>280 PARRULLI DRIVE<br>ORMOND BEACH  FL 32174 | SMOKEFREE WORLD FOUNDATION<br>1722 SHERIDAN ST 358<br>HOLLYWOOD  FL 33020-2275 | US ANESTHESIA PARTNERS<br>PO BOX 8757<br>CORAL SPRINGS  FL 33075-8757 |
| UNITED STATES TRUSTEE  ORL713<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET  SUITE 1100<br>ORLANDO  FL 32801-2210 | UPSTART SMBCRB<br>PO BOX 1503<br>SAN CARLOS  CA 94070-7503 | VALUATION LITIGATION SERVICES  LLC<br>924 N MAGNOLIA AVE 118<br>ORLANDO  FL 32803-3245 |
| VOLUSIA COUNTY TAX COLLECTOR<br>123 WEST INDIANA AVENUE<br>ROOM 103<br>DELAND FL 32720-4602 | YOSSI  SURIE LEVILEV<br>4896 NW 67TH AVE<br>LAUDERHILL  FL 33319-7214 | EXCLUDE<br>(U)BREINA LEVILEV |
| DEBTOR<br>CHAIM LEVILEV<br>2 WHISPERING PINE TRAIL<br>ORMOND BEACH  FL 32174-4927 | CORTNEY MARIE HOBGOOD<br>CO GRAYROBINSON  PA<br>JASON B BURNETT  ESQ<br>50 NORTH LAURA STREET<br>SUITE 1100<br>JACKSONVILLE  FL 32202-3611 | CYNTHIA E LEWIS<br>NARDELLA  NARDELLA  PLLC<br>135 W CENTRAL BLVD<br>SUITE 300<br>ORLANDO  FL 32801-2435 |
| DAVID BERENTHAL<br>BERENTHAL  ASSOCIATES  PC<br>45 EAST 72ND STREET<br>SUITE 5C<br>NEW YORK  NY 10021-4178 | GENE T CHAMBERS<br>GENE T CHAMBERS  PA  TRUSTEE<br>377 MAITLAND AVE STE 1002<br>ALTAMONTE SPRINGS  FL 32701-5442 | EXCLUDE<br>(U)JOSEPH LEVILEV |
| L TODD BUDGEN<br>BUDGEN LAW GROUP<br>PO BOX 520546<br>LONGWOOD  FL 32752-0546 | MICHAEL A TESSITORE<br>MORAN KIDD LYONS JOHNSON  BERKSON PA<br>111 N ORANGE AVE  SUITE 900<br>ORLANDO  FL 32801-2307 | EXCLUDE<br>(U)NOSSEN LEVILEV |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~(U)SARA LEVILEV~~