UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Case no.: 6-24-bk-03843-LVV

CHAIM LEVILEV,

Chapter 7

    Debtor(s)
_____/

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Schedule F and the unredacted Notice of Chapter 7 case with full social security number (Doc. No 5) was furnished on or before February 25, 2025, to added creditors:

Chime/Stride Bank, N.A.
324 W. Broadway Avenue
Enid, OK 73701

Chime Bank/Stride Bank, N.A.
P.O. Box 417
San Francisco, CA. 94104

IC System
P.O. Box 64378
St. Paul, MN. 55164

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

Morris & Delicia Esformes
191 NW Emerson Place
Boca Raton, FL 33432

Toyota Motor Credit
P.O. Box 9786
Cedar Rapids, IA 52409

/s/ L. Todd Budgen
L. Todd Budgen
FL Bar No.: 0296960
BUDGEN LAW
Post Office Box 520546
Longwood, Florida 32752-0546
Tel: (407) 481-2888
tbudgen@mybankruptcyfirm.com
Attorney for Debtor