UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                    Case no.: 6-24-bk-03843-LVV

CHAIM LEVILEV,
                                                                                  Chapter 7
    Debtor(s)
_____/

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Amended Petition, Amended Schedules A – J, Amended Statement of Financial Affairs, Amended Statement of Intention, Amended Statement of Exemption from Presumption of Abuse Under § 707(b)(2), Amended Chapter 7 Statement of Your Current Monthly Income and Amended Verification of Creditor Matrix were furnished on or before February 25, 2025 by CM/ECF delivery to all CM/ECF recipients.

/s/ L. Todd Budgen____
L. Todd Budgen
FL Bar No.:  0296960
BUDGEN LAW
Post Office Box 520546
Longwood, Florida 32752-0546
Tel:  (407) 481-2888
tbudgen@mybankruptcyfirm.com
Attorney for Debtor