**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: February 26, 2025**

_Lori V. Vaughan_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 6:24−bk−03843−LVV
                                                                       Chapter 7

Chaim Levilev

_____Debtor*_____/

### ORDER STRIKING AMENDED VOLUNTARY PETITION

THIS CASE came on for consideration, without hearing, of the Amended Voluntary Petition filed February 24, 2025, Doc. No. 95. The Amended Voluntary Petition is deficient as follows:

> The proof of service does not refer to the Amendment being served. Local Rules 1009−1(e) and 9013−3(f).

.

Accordingly, it is **ORDERED:**

The Amended Voluntary Petition is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.