ORDERED.

**Dated:  March 21, 2025**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

Chaim Levilev,

                                            Debtor

Case No. 6:24-bk-03843-LVV

Chapter 7

**ORDER DENYING BREINA LEVILEV'S MOTION TO QUASH SUBPOENA,
STRIKE IMPROPER REQUESTS, AND REQUEST FOR SANCTIONS**

THIS CASE came on before this Court for consideration at a hearing held on February 11,
2025 on Non-Party Breina Levilev ("Breina") Motion to Quash Subpoena, Strike Improper
Requests, and Requests for Sanctions (the "Motion", Docket No. 67). The Court, having read
Breina's Motion and creditor's Nossen Levilev and Harmless Products, LLC's ("Creditors")
response in opposition to the Motion (Docket No. 87), having heard oral argument of Breina and
Creditors, and having reviewed the record and otherwise being duly advised in the premises,
accordingly, it is hereby ORDERED that:

1.      Breina's Motion is DENIED for the reasons stated in open court and;

2.      Breina's obligation to produce documents in response to the subpoena is stayed.  The

Court will revisit the timeline for production of documents, if necessary, at the status

conference currently scheduled for March 18, 2025 at 11:00am.


Attorney David W. Berenthal, Esq. is directed to serve a copy of the Order on all interested parties

who are non-CM/ECF users and file a proof of service within 3 business days of entry of the order.