UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>Chaim Levilev,<br><br>　　　　　　　　　　　Debtor. | CASE NO.: 6:24-bk-03843-LVV<br><br>CHAPTER 7 |

**UNOPPOSED CREDITORS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO DISCHARGE OR
TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBT**

Creditors, Nossen Levilev, individually and as manager of Harmless Products, LLC, and as Trustee of the Smoke Free World Foundation, Harmless Products, LLC, the Smoke Free World Foundation, Joseph Levilev a/k/a Yossi Levilev and Sara Levilev a/k/a Suri Levilev (collectively referred to as "Creditors") by and through their undersigned counsel, and pursuant to Fed. R. Bankr. P. Rule 9006, files this Second Motion for Creditor's Extension of Time to File Objections to Discharge or to Challenge Dischargeability of Certain Debts pursuant to sections 11 U.S.C. §§523, §727 and state as follows:

1. Debtor, Chaim Levilev (hereinafter "Debtor" or "Chaim") commenced the instant action for voluntary Chapter 7 bankruptcy on July 25, 2024 when Debtor filed his voluntary petition for Chapter 7 bankruptcy. [D.E. 1]

2. Due to deficiencies in Debtor's filings which led to an initial dismissal that was subsequently vacated, the initial deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) was rescheduled to December 24, 2024. [D.E. 4, 17, 25, 27].

3. On or about December 17, 2024, Creditors filed their First Motion for Extension of Time to File Objections to Discharge or to Challenge Dischargeability of Certain Debt, [D.E. 60].

Creditors amended their motion for an extension on December 20, 2024 to match the same extension deadline requested by the trustee in her motion to extend time. [D.E. 65].

4. By order dated January 16, 2025, the Court granted Creditors' Amended Motion and as such, the Creditors' deadline to object to discharge under 11 U.S.C. § 523 or under 11 U.S.C. § 727 was extended through and including March 24, 2025. [D.E. 73].

5. On January 22, 2025, Nossen Levilev, individually and as Trustee of the Smoke Free World Foundation, and Harmless Products, LLC, entered into a settlement agreement with Chaim Levilev (pending and subject to the Court's approval) that would essentially amount to a "walk away" settlement. Pursuant to the settlement agreement, creditors Joseph Levilev and Sara Levilev would also be released from any and all further claims from Chaim Levilev.

6. On February 9, 2025, Debtor filed his Motion to Approve Compromise of Controversy, [D.E. 90] and on March 4, 2025, the Trustee filed her objection to the discharge. [D.E. 99].

7. After a preliminary hearing on Debtor's Motion to Approve Compromise of Controversy (held on March 18, 2025) the Court recommended that the parties discuss the proffered settlement amongst themselves to determine if the parties could come to an agreement wherein the Trustee would also agree to the compromise of the controversy. The parties have since commenced initial discussions to that end.

8. In the meantime, the modified deadline to object to discharge or challenge the dischargeability of certain debts remains March 24, 2025. In light of the settlement agreement and pending compromise, **Debtor has agreed that Creditors deadline to object to discharge or challenge the dischargeability of certain debts should be extended through and including April**

**30, 2025.**

9. On March 19, 2025, Creditors submitted an agreed order extending the deadline to object to discharge and/or challenge the dischargeability of certain debt to April 30, 2025. However, as of the filing of this motion, the Court has not entered said order. Thus, in an abundance of caution, Creditors have filed the instant motion requesting the instant relief.

10. At this time, Creditors seek to focus on the settlement agreement and Debtor's Motion to Compromise Controversy. By filing an adversary proceeding at this time, not only would the Creditors be forced to incur additional costs and fees (and said costs and fees would be rendered needless should the Motion to Compromise ultimately be approved by the Court), but by filing the same, it is likely that the parties will shift their focus from attempting to settle their issues and instead focus their efforts on litigating their disputes.

11. By reason of the foregoing, Creditors respectfully submit that an extension to file objections to discharge and/or to challenge dischargeability of certain debts pursuant to sections 11 U.S.C. §§523, §727 is warranted and should be granted.

WHEREFORE, Creditors Nossen Levilev, individually and as manager of Harmless Products, LLC and as trustee of the Smoke Free World Foundation, Harmless Products, LLC, the Smoke Free World Foundation, Joseph Levilev a/k/a Yossi Levilev and Sara Levilev a/k/a Suri Levilev respectfully request that the Court issue an order extending the deadline for the Creditors to file objections to discharge and/ or to challenge dischargeability of certain debts pursuant to sections 11 U.S.C. §§523, §727 to and including April 30, 2025, together with such other and further relief as this Court may deem just and appropriate.

Dated: March 24, 2025

Respectfully submitted,
**BERENTHAL & ASSOCIATES**
By:    /David W. Berenthal/
      David W. Berenthal, Esq.
      Florida Bar No. 159220
      Attorneys for Creditors Nossen Levilev, individually and as manager of Harmless Products, LLC and as trustee of the Smoke Free World Foundation, Harmless Products, LLC, the Smoke Free World Foundation, Joseph Levilev a/k/a Yossi Levilev and Sara Levilev a/k/a Suri Levilev
      45 East 72nd Street, Suite 5C
      New York, NY 10021
      E-mail: dwb@berenthalaw.com
      Telephone: (212) 302-9494

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court a true and correct copy of the forgoing using the CM/ECF system which will serve notice of the filing on the following:

    Trustee: Gene T. Chambers, Post Office Box 533987, Orlando, FL 32853

    Counsel for Trustee:   Cynthia E Lewis, Nardella & Nardella, PLLC. 135 W. Central Blvd., Suite 300, Orlando, FL 32801

    U.S. Trustee:  United States Trustee – ORL 7/13, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

    Counsel for Debtor: L. Todd Budgen, Budgen Law Group, P.O. Box 520546 Longwood, Florida 32752

And that I sent an additional copy via U.S. Mail to Debtor: Chaim Levilev, 2 Whispering Pine Trail, Ormond Beach, FL 32074

                                                    By:     /David W. Berenthal/
                                                          David W. Berenthal