ORDERED.

Dated: April 02, 2025

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>Chaim Levilev,<br><br>Debtor | Case No. 6:24-bk-03843-LVV<br><br>Chapter 7 |

**AGREED ORDER EXTENDING TIME TO OBJECT TO DISCHARGE**

This Case came before the Court on Nossen Levilev's, individually and as manager of Harmless Products, LLC, and as Trustee of the Smoke Free World Foundation, Harmless Products, LLC's, the Smoke Free World Foundation's, Joseph Levilev's a/k/a Yossi Levilev and Sara Levilev's a/k/a Suri Levilev (collectively referred to as "Creditors") unopposed motion to extend Creditors' time to object to discharge and/or challenge the dischargeability of certain debt to April 30, 2025.  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly, it is ORDERED:

Creditors Joseph Levilev, Sara Levilev, Nossen Levilev, Harmless Products, LLC and the

Smoke Free World Foundation shall have through and including April 30, 2025 within which to file any objections to discharge and/or to challenge the dischargeability of certain debt in the above styled case.

Attorney David W. Berenthal is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the orde