ORDERED.

Dated: April 23, 2025

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                                      )
                                           )
Chaim Levilev,                             )    Case No. 6:24-bk-03843-LVV
                                           )    Chapter 7
        Debtor.                            )
                                           )

**ORDER GRANTING MOTION TO
CONTINUE HEARING AND RESCHEDULING DEADLINES**

THIS CASE came before the Court without a hearing on the Motion to Continue Hearing Set for April 29, 2025 and Corresponding Associated Deadlines (Doc. No. 117)("Motion") filed by chapter 7 trustee, Gene T. Chambers. After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED**:

1. The Motion (Doc. No. 117) is **GRANTED**.

2. All matters scheduled for hearing on April 29, 2025 are rescheduled for a status conference on **June 17, 2025 at 2:30 p.m**. before the Honorable Lori V. Vaughan, United States Bankruptcy Judge in Courtroom C, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801.

3.Creditors Joseph Levilev, Sara Levilev, Nossen Levilev, Harmless Products, LLC, and the Smoke Free World Foundation shall have through and including **June 23, 2025** within which to file any objections to discharge and/or to challenge the dischargeability of certain debt in the above styled case.

4.The time for filing an adversary complaint under 11 U.S.C. § 727 is extended through and including **June 23, 2025** for both the Chapter 7 Trustee and the United States Trustee.

5.The deadline to file supplemental briefs on the motion to approve the compromise and oppositions is extended to **June 10, 2025**.

Attorney Cynthia E. Lewis is directed to serve a copy of this order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of the order.