**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:24−bk−03843−LVV
Chapter 7

Chaim Levilev

_____Debtor*_____/

NOTICE OF CANCELLED HEARING

NOTICE IS GIVEN THAT the hearing regarding status conference , originally scheduled for June 17, 2025, has been cancelled.

Dated: June 2, 2025

FOR THE COURT
Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.