UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**

**CHAIM LEVILEV,** **Case No. 6:24-bk-03843-LVV**
**Chapter 7**

**Debtor.**
______________________________________/

**WITHDRAWAL OF TRUSTEE'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

Trustee, Gene T. Chambers, by and through the undersigned attorney hereby withdraws her Response in Opposition to Debtor's Motion to Approve Compromise of Controversy (Doc. No. 99) filed on March 4, 2025, and in support thereof states:

The Order Granting Trustee's Motion for Approval and Notice of Proposed Compromise of Controversy became a final, non-appealable Order as of midnight June 23, 2025. In accordance with the terms of the Settlement Agreement entered into between the Trustee and the Debtor (Doc. No. 120), the Trustee is withdrawing her opposition to the Debtor's Compromise with Creditors in this case which was previously filed in this case. (Doc. Nos. 90 and 91).

WHEREFORE, the Trustee withdraws her Response in Opposition to Debtor's Motion to Approve Compromise of Controversy (Doc. No. 99). No hearing on the matter has been scheduled.

Respectfully submitted this 24th day of June, 2025.

*/s/Cynthia E. Lewis*
Cynthia E. Lewis
Florida Bar No.: 53076
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste 300
Orlando, FL 32801
Phone No: (407) 966-2680
Fax. No.: (407) 246-0008
Email: clewis@nardellalaw.com
Attorney for Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Withdrawal of Trustee's Response in Opposition to Debtor's Motion to Approve Compromise of Controversy was furnished by U.S. Mail Delivery or electronic transmission this 24th day of June 2025 to: Debtor: Chaim Levilev, 2 Whispering Pine Trail, Ormond Beach, FL 32074; Debtor's Attorney: L. Todd Budgen, PO Box 520546, Longwood, FL 32752 and to all other creditors and parties in interest who have filed a claim or requested notice in this case on the attached mailing matrix.

/s/ Cynthia E. Lewis
Cynthia E. Lewis