Label Matrix for local noticing
113A-6
Case 6:24-bk-03843-LVV
Middle District of Florida
Orlando
Tue Jun 24 17:44:11 EDT 2025

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

David Berenthal
Berenthal & Associates, P.C.
45 East 72nd Street
Suite 5C
New York, NY 10021-4178

Cortney Marie Hobgood
c/o GrayRobinson, P.A.
Jason B. Burnett, Esq.
50 North Laura Street
Suite 1100
Jacksonville, FL 32202-3611

Chaim Levilev
2 Whispering Pine Trail
Ormond Beach, FL 32174-4927

Cynthia E. Lewis
Nardella & Nardella, PLLC
135 W. Central Blvd
Suite 300
Orlando, FL 32801-2435

Michael A Tessitore
Moran Kidd Lyons Johnson & Berkson PA
111 N Orange Ave, Suite 900
Orlando, FL 32801-2307

ALLIANCE ONE DEBT COLLECTOR
3043 WALTON ROAD
PLYMOUTH MEETING, PA 19462-2389

AMERICAN CREDIT ACCEPTANCE
961 E MAIN STREET
SPARTANBURG, SC 29302-2149

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc. -
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank -
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
PO Box 981537
El Paso, TX 79998-1537

Amex Correspondence
Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Andrews Plaza, LLC -
c/o Marko Cerenko, Esquire
201 S Biscayne Blvd
Suite 2700
Miami, FL 33131-4330

Attn: Bankruptcy
961 E Main St, Fl 2
Spartanburg., SC 29302-2185

BMW Financial Services NA, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bloodworth Law, PLLC
801 N Magnolia Ave #216
Orlando, FL 32803-3842

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Breina Levilev
2 Fernmeadow Lane
Ormond Beach, FL 32174-5998

Capital One Attn:
Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A. -
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Chime/Stride Bank, N.A.
324 W Broadway Ave
Enid, OK 73701-3838

Chime/Stride Bank, N.A.
P.O. Box 417
San Fran, CA 94104-0417

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

DAVID BERENTHAL
45 EAST 72ND STREET, SUITE 5C
NEW YORK, NY 10021-4178

David W. Berenthal
Berenthal & Associates, P.C.
45 East 72nd Street
Suite 5C
New York, NY 10021-4178

Discover Financial
Attn: Bankruptcy
Po Box3025
New Albany, OH 43054-3025

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GCB Health LLC
621 NW 53rd Street
Suite 240
Boca Raton, FL 33487-8291

HALIFAX HEALTH CARE SYSTEMS, INC -
PO BOX 14099
BELFAST, ME 04915-4034

Harmless Products LLC
2890 W Broward Blvd #8425
Fort Lauderdale, FL 33312-1263

Harmless Products, LLC -
2890 W Broward Boulevard
Fort Lauderdale, FL 33312-1263

IC System
P.O. Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850-5369

Joseph Levilev a/k/a Yossi Levilev -
4896 NW 67th Avenue
Lauderhill, FL 33319-7214

MARK F. CERENKO
201 S BISCAYNE BLVD, SUITE 5C
NEW YORK, NY 10021

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Morris & Delicia Desformes
191 NW Emerson Place
Boca Raton, FL 33432-3836

Nabil Guindi
155 Crystal Run Rd
Middletown, NY 10941-4028

Nossen Levilev -
325 Farmington Drive
Plantation, FL 33317-2630

Peter J Snyder
301 Crawford Blvd S 100
Boca Raton, Florida 33432-3762

SID ROBERTS
2 PRRAULI DRIVE
ORMOND BEACH, FL 32174

Sara Levilev -
4896 NW 67th Avenue
Lauderhill, FL 33319-7214

Sidney Roberts
280 Parrulli Drive
Ormond Beach, FL 32174

Smoke Free World Foundation -
c/o Nossen Levilev, Trustee
2809 W Broward Boulevard
Suite B425
Fort Lauderdale, FL 33312-1247

Smoke-Free World Foundation
1722 Sheridan St. #358
Hollywood, FL 33020-2275

Toyota Motor Credit
P.O. Box 9786
Cedar Rapids, IA 52409-0004

US ANESTHESIA PARTNERS
PO BOX 8757
CORAL SPRINGS, FL 33075-8757

Upstart Smb/crb
P.O. Box 1503
San Carlos, CA 94070-7503

VALUATION LITIGATION SERVICES, LLC
924 N MAGNOLIA AVE #118
ORLANDO, FL 32803-3245

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4602

Yossi & Surie Levilev
4896 NW 67th Ave,
Lauderhill, FL 33319-7214

Gene T Chambers +
Gene T. Chambers, P.A., Trustee
377 Maitland Ave Ste 1002
Altamonte Springs, FL 32701-5442

L Todd Budgen +
Budgen Law Group
PO Box 520546
Longwood, FL 32752-0546

Michael A Tessitore +
Moran Kidd Lyons Johnson Garcia, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Jason B. Burnett +
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Lori V. Vaughan +
Orlando
, FL

David W Berenthal +
Berenthal & Associates
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134-7415

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bmw Financial Services
Attn:Bankruptcy
Po Box 3608
Dublin, OH 43016

Internal Revenue Service IRS
PO Box 802501
Cincinnati, OH 45280-2501

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harmless Products, LLC

(u)Breina Levilev

(u)Joseph Levilev

(u)Nossen Levilev

(u)Sara Levilev

(u)Smoke Free World Foundation

(d)David Berenthal
Berenthal & Associates, P.C.
45 East 72nd Street
Suite 5C
New York, NY 10021-4178

(d)Cynthia E Lewis +
Nardella & Nardella PLLC
135 W Central Blvd, Ste 300
Orlando, FL 32801-2435

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 62 |
| Bypassed recipients | 9 |
| Total | 71 |