ORDERED.

Dated: July 16, 2025

_Lori V. Vaughan_
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CHAIM LEVILEV,

Debtor(s).
_____/

Case No.: 6:24-bk-03843-LVV

Chapter 7

**ORDER APPROVING DEBTOR'S MOTION FOR APPROVAL
AND NOTICE OF PROPOSED COMPROMISE OF CONTROVERSY**

**THIS CASE** came before the Court for consideration of Debtor's Motion to Approve Compromise of Controversy ("Motion") (Doc. No. 90). The Court finds that the Motion was properly served upon parties of interest on February 10, 2025, with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service. The Court finds that the Chapter 7 Trustee filed a Response in Opposition to the Debtor's Motion to Approve Compromise of Controversy (Doc. No 99) on March 4, 2025, which was withdrawn June 24, 2025 (Doc. No 126.) No other party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed.

ACCORDINGLY, it is

**ORDERED:**

1. The Motion (Doc. 90) is **APPROVED.**

2. The Settlement Agreement (Doc. No 91-1) is approved.

3. Chaim Levilev's membership interest in Harmless Products, LLC is hereby transferred to Nossen Levilev, free and clear of any and all claims, liens and/or other encumbrances of the Chapter 7 Trustee.

4. The Parties shall be bound by the terms of the Settlement Agreement. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, if and when necessary.

###

L. Todd Budgen is directed to serve a copy of this order on interested parties who are non-ECF users and file a proof of service within three days of entry of this order.