ORDERED.

Dated: September 21, 2025

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 6:24-bk-03843-LVV |
| Chaim Levilev, | Chapter 7 |
| Debtor | |

**UNOPPOSED ORDER GRANTING MOTION TO**
**APPROVE REAFFIRMATION AGREEMENT**

This Case came before the Court on Joseph Levilev's a/k/a Yossi Levilev and Sara Levilev's a/k/a Suri Levilev (collectively referred to as "Creditors") unopposed motion, to recognize Debtor's Reaffirmation to of Debt to Creditors in the amount of $13,514.35 [D.E. 138]. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly, it is ORDERED:

Creditors Joseph Levilev and Sara Levilev Motion is GRANTED. The Court recognizes, accepts and approves Debtor's Reaffirmation to of Debt to Creditors in the amount of $13,514.35 and said debt shall not be discharged.

Attorney David W. Berenthal is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.